# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Yaacov Apelbaum et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:23-cv-11718 |
| v. | ) | |
| Stephanie Lynn Lambert et al | ) | Hon. Stephen J. Murphy, III |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Stephanie Lynn Lambert

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Todd A Stuart
>Stuart Law, PLC
>MI
>429 Turner Ave NW
>Grand Rapids
>Grand Rapids, MI 49504

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 20, 2023



# Summons and Complaint Return of Service

Case No. 2:23-cv-11718
Hon. Stephen J. Murphy, III

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Stephanie Lynn Lambert
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Yaacov Apelbaum et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:23-cv-11718 |
| v. | ) | |
| Stephanie Lynn Lambert et al | ) | Hon. Stephen J. Murphy, III |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: The Law Office of Stefanie L. Lambert, PLLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd A Stuart
Stuart Law, PLC
MI
429 Turner Ave NW
Grand Rapids
Grand Rapids, MI 49504

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 20, 2023



# Summons and Complaint Return of Service

Case No. 2:23-cv-11718
Hon. Stephen J. Murphy, III

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Law Office of Stefanie L. Lambert, PLLC was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Yaacov Apelbaum et al )
)
)
*Plaintiff,* ) Civil Action No. 2:23-cv-11718
)
v. )
)
Stephanie Lynn Lambert et al ) Hon. Stephen J. Murphy, III
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To: Bill Bachenberg

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Todd A Stuart
    Stuart Law, PLC
    MI
    429 Turner Ave NW
    Grand Rapids
    Grand Rapids, MI 49504

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*      By: s/ S Schoenherr
                                                                        *Signature of Clerk or Deputy Clerk*

                                                                    Date of Issuance: July 20, 2023



# Summons and Complaint Return of Service

Case No. 2:23-cv-11718
Hon. Stephen J. Murphy, III

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bill Bachenberg
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: