## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

        Plaintiffs,                         Case No. 2:23-cv-11718

v.                                          Hon. Stephen J. Murphy, III
                                              Hon. Anthony P. Patti

STEFANIE LAMBERT, a Michigan resident, and
THE LAW OFFICE OF STEFANIE L. LAMBERT,
PLLC, a Michigan professional limited liability company
and BILL BACHENBERG, a Pennsylvania resident,

        Defendants.

---

| BURNS LAW FIRM | STUART LAW, PLC |
|---|---|
| John C. Burns | Todd A. Stuart |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| PO Box 191250 | 429 Turner Ave. NW |
| St. Louis, Missouri 63119 | Grand Rapids, MI 49504 |
| P: (314) 329-5040 | Office: 616-284-1658 |
| F: (314) 282-8136 | tstuart@stuartlawplc.com |
| john@burns-law-firm.com | |

---

## ENTRY OF APPEARANCE

       COMES NOW John C. Burns of the Burns Law Firm, and enters his appearance on behalf

of Plaintiffs Yaacov Apelbaum and XRVision, Ltd.

Dated: October 5, 2023                       Respectfully submitted,
                                             BURNS LAW FIRM

                                             /s/ *John C. Burns*
                                           John C. Burns
                                           P.O. Box 191250
                                           St. Louis, Missouri 63119
                                           P: (314) 329-5040
                                           F: (314) 282-8136
                                           john@burns-law-firm.com

STUART LAW, PLC
Todd A. Stuart
429 Turner Ave. NW
Grand Rapids, MI 49504
Office: 616-284-1658
tstuart@stuartlawplc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ John C. Burns*