# Summons and Complaint Return of Service

Case No. 2:23-cv-11718
Hon. Stephen J. Murphy, III

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bill Bachenberg

was received by me on *(date)*  October 2, 2023 .

☒ I personally served the summons on the individual at *(place)*  2750 Limestone Street, Coplay PA 18037 at 5:48 pm  on *(date)*  October 2, 2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 10-2-23

*Server's signature*

Gordon R. Crowell Jr, Process Server
*Printed name and title*

1350 Uhler Road PMB105, Easton PA 18040
*Server's address*

Additional information regarding attempted service, etc: In the process of effectuating service, Bill Bachenburg attempted to take my phone out of my right hand and punched me on the inside of my elbow. He then attempted to yank my phone out of my hand again and struck me in the right shoulder/collarbone. He then pushed me and I twisted my left hip which is healing from a third replacement. Bill Bachenberg proceeded to scream to "Call the police," "don't let him out," "he's trespassing!" The Pennsylvania State Police report number is: PA 2023-1294441; there was a citation issued to Bill Bachenberg. The EMS report is enclosed. I went to St. Luke's Hospital Anderson Campus for treatment.

OM 7-2
12/5/2022

SP 7-004A (12-2022)

PENNSYLVANIA STATE POLICE

# Law Enforcement Victims' Rights Guide

## RIGHTS AND SERVICES AVAILABLE TO VICTIMS OF CRIME IN PENNSYLVANIA



PA 2023-1294441

| INCIDENT INVESTIGATION INFORMATION ||
|---|---|
| 1. CAD/CASE NO. PA2023-1294441 | 2. DATE 10/02/23 |
| 3. NATURE OF INCIDENT Harassment ||
| 4. INVESTIGATOR TPR. Buchinski | 5. BADGE NO. 14257 |
| 6. STATION PSP Bethlehem | 7. TELEPHONE NO. 610-861-2026 |
| SHOULD YOU OBTAIN ANY INFORMATION WHICH WOULD AID OR RELATE TO AN INVESTIGATION, IF YOU HAVE BEEN INTIMIDATED OR THREATENED AS A RESULT OF AN INVESTIGATION, OR IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE STATION AT THE TELEPHONE NUMBER SHOWN ABOVE. ||

35.3

