UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAACOV APELBAUM and XRVISION, LTD.,

        Plaintiffs,

v.

STEPHANIE LYNN LAMBERT et al.,

        Defendants.

_____/

Case No. 2:23-cv-11718

HONORABLE STEPHEN J. MURPHY, III

### ORDER TO SHOW CAUSE

Plaintiffs Yaacov Apelbaum and Xrvision filed the complaint on July 18, 2023 against Defendants Stephanie Lynn Lambert, The Law Office of Stephanie L. Lambert, and Bill Bachenberg. ECF 1. Plaintiffs were required to serve each Defendant within ninety days of the original complaint. *See* Fed. R. Civ. P. 4(m). Defendant Bachenberg was served on October 2, 2023. ECF 4. Defendant Bachenberg therefore needed to answer or otherwise respond to the complaint by October 23, 2023, but he failed to do so. As for the other two Defendants, there is no certificate of service on the docket. The Court will therefore order Plaintiffs to show cause for why Defendant Bachenberg should not be dismissed for failure to prosecute and for why Defendants Lambert and The Law Office of Stephanie L. Lambert should not be dismissed for failure to timely serve. *See* E.D. Mich. L.R. 41.2. Failure to show cause will result in dismissal without prejudice.

1

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs must **SHOW CAUSE no later than November 10, 2023** for why Defendant Bill Bachbenberg should not be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiffs must **SHOW CAUSE no later than November 10, 2023** for why Defendants Stephanie Lynn Lambert and The Law Office of Stephanie L. Lambert should not be dismissed for failure to timely serve.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: October 31, 2023