LARA Home    Contact LARA    Online Services    News    MI.gov



| ID Number: 802692477 | Request certificate | Return to Results | New search |

Summary for:  DEPERNO LAMBERT PLLC

The name of the DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY:  DEPERNO LAMBERT PLLC

Entity type:  DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY
Identification Number: 802692477

Date of Organization in Michigan:  06/22/2021

Term:  Perpetual

**The name and address of the Resident Agent:**
Resident Agent Name:        STEFANIE LAMBERT
Street Address:             9089 SPENCER
Apt/Suite/Other:
City:                       SOUTH LYON         State:  MI         Zip Code:  48178

**Registered Office Mailing address:**
P.O. Box or Street Address: 9089 SPENCER
Apt/Suite/Other:
City:                       SOUTH LYON         State:  MI         Zip Code:  48178

Act Formed Under:    023-1993 Michigan Limited Liability Company Act
Acts Subject To:     023-1993 Michigan Limited Liability Company Act

**Managed By:**
Members

**View filings for this business entity:**

CERTIFICATE OF MERGER
CERTIFICATE OF ABANDONMENT OF MERGER
ARTICLES OF ORGANIZATION AND CERTIFICATE OF CONVERSION
CERTIFICATE OF CONVERSION
CERTIFICATE OF RESTORATION OF GOOD STANDING
CERTIFICATE OF MERGER

View filings

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2023 State of Michigan