LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

ID Number: 802336115

[Request certificate]  [Return to Results]  [New search]

Summary for: LAW OFFICE OF STEFANIE L. LAMBERT, PLLC

The name of the DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY: LAW OFFICE OF STEFANIE L. LAMBERT, PLLC

---

Entity type: DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY

Identification Number: 802336115

---

Date of Organization in Michigan: 06/24/2019

---

Term: Perpetual

---

The name and address of the Resident Agent:

| | |
|---|---|
| Resident Agent Name: | STEFANIE L. LAMBERT |
| Street Address: | 500 GRISWOLD STREET |
| Apt/Suite/Other: | SUITE 2340 |
| City: | DETROIT   State: MI   Zip Code: 48226 |

Registered Office Mailing address:

| | |
|---|---|
| P.O. Box or Street Address: | 500 GRISWOLD STREET |
| Apt/Suite/Other: | SUITE 2340 |
| City: | DETROIT   State: MI   Zip Code: 48226 |

---

Act Formed Under: 023-1993 Michigan Limited Liability Company Act
Acts Subject To: 023-1993 Michigan Limited Liability Company Act

---

Managed By:

Members

---

View filings for this business entity:

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

---

Comments or notes associated with this business entity:

LARA FOIA Process   Transparency   Office of Regulatory Reinvention   State Web Sites

Michigan.gov Home   ADA   Michigan News   Policies

Copyright 2023 State of Michigan