TRUMPLAND

# Trump-Loving Attorney Is Third Charged in Michigan Voting Machine Investigation

**GET GOT**

**Thursday's announcement of charges against lawyer Stefanie Lambert "ends the charging decision in this investigation," prosecutors said.**

**AJ McDougall**
Breaking News Reporter
Updated Aug. 04, 2023 3:44AM EDT
Published Aug. 03, 2023 11:27PM EDT

   

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

Who Paid for Mike Johnson to Attend Conservative Conference?
ROGER SOLLENBERGER

Welcome to the Kinky World of AI Financial Domination
RYAN S. GLADWIN

The Right-Wing Site Behind Alabama

← HOMEPAGE

   NEWSLETTERS  SUBSCRIBE

Dieu-Nalio Chery/Reuters

**The Annoyingly Logical Case for Making Billionaires Immortal**

EVE UPTON-CLARK

Criminal charges were unveiled on Thursday against a third person in an alleged plot in Michigan to gain illegal access to voting equipment in the wake of the 2020 election.

Prosecutors charged Stefanie Lambert, an attorney who has pushed election-denial conspiracies in the courtroom, with four felonies: undue possession of a voting machine, conspiracy to commit undue possession of a voting machine, conspiracy to commit unauthorized access to a computer system, and willfully damaging a voting machine.

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

Each charge carries a prison term of up to five years.

Lambert was arraigned before a judge on Thursday afternoon and pleaded not

 **HOMEPAGE**

   NEWSLETTERS  SUBSCRIBE

Lambert will be the last person charged in the investigation, according to a statement from Muskegon County Prosecutor D.J. Hilson, who served as special prosecutor in the case. Her indictment was issued two days after two other people, unsuccessful state attorney general candidate Matthew DePerno and former state Rep. Daire Rendon, were charged in connection with the alleged conspiracy.

Investigators with Attorney General Dana Nessel's office named six other suspects in handing off their inquiry to Hilson, who convened a citizen grand jury in March to hear evidence in the matter. Among those under suspicion but not charged were Barry County Sheriff Dar Leaf and Doug Logan, the former chief executive of security firm Cyber Ninjas.

Days before DePerno and Rendon were charged,

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

 HOMEPAGE

   NEWSLETTERS  SUBSCRIBE

been indicted by Hilson. "I know that I've done absolutely nothing illegal," she said. It was not immediately clear why her charges were issued after those of her alleged co-conspirators.

Along with DePerno and Rendon, Lambert was accused by Nessel's office of having "orchestrated a coordinated plan to gain access to voting tabulators."

After the 2020 presidential election, according to a statement from Hilson's office, clerks in three Michigan counties were "deceived" into turning over voting machines to "unauthorized third parties," who took them to hotel rooms or Airbnbs. "The clerks had no idea of the scope, nature or duration of how their tabulators were going to be manipulated or that they would be out of their possession for an extended

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

 HOMEPAGE

   NEWSLETTERS   SUBSCRIBE

also deceived by some of the charged Defendants," and broke into the machines under the false impression that the "tampering… was lawful."

In December 2020, Lambert filed a conspiracy-stuffed lawsuit on behalf of Sheriff Leaf and several other plaintiffs alleging "massive election fraud." The suit, which failed to provide any evidence, invited the court to "speculative leaps toward a hazy and nebulous inference," a judge said at the time.

Lambert's own attorney characterized her as "a zealous advocate for her clients" in a statement texted to a MLive.com reporter ahead of Thursday's arraignment. The lawyer, Michael J. Smith, insisted Lambert "did not violate the law," adding that she "intends to sue Hilson for malicious prosecution."

 HOMEPAGE

   NEWSLETTERS  SUBSCRIBE

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**



**AJ McDougall**
Breaking News Reporter
@oldmcdougall
amanda.mcdougall@thedailybeast.com

Got a tip? Send it to The Daily Beast here.



ABOUT  CONTACT  TIPS  JOBS  ADVERTISE  HELP  PRIVACY  CODE OF ETHICS & STANDARDS  DIVERSITY  TERMS & CONDITIONS
COPYRIGHT & TRADEMARK  SITEMAP
COUPONS:  Dick's Sporting Goods Coupons  HP Coupon Codes  Chewy Promo Codes  Nordstrom Rack Coupons  NordVPN Coupons  JCPenny Coupons
Nordstrom Coupons  Samsung Promo Coupons  Home Depot Coupons  Hotwire Promo Codes  eBay Coupons  Ashley Furniture Promo Codes

© 2023 The Daily Beast Company LLC