Learn more about **LSEG**



My View        Following        Saved

Legal Industry | Legal Ethics | Legal Industry | Litigation

# Michigan officials drop ethics cases against lawyers in Trump election lawsuit

By **David Thomas**

August 15, 2023 3:15 PM EDT · Updated 3 months ago

  



Stefanie Lambert listens during a court hearing in Detroit, Michigan, U.S., October 20, 2022. REUTERS/Dieu-Nalio Chery/File Photo *Acquire Licensing Rights*

Aug 15 (Reuters) - Attorney regulators in Michigan on Monday dropped disciplinary charges against two lawyers who tried to overturn Joe Biden's 2020 election victory in the state.

The Michigan Attorney Grievance Commission said it was dismissing its disciplinary cases against Emily Newman and Stefanie Lambert Junttila, who claimed in a failed lawsuit spearheaded by conservative lawyer Sidney Powell that Donald Trump's loss to Biden was tainted by widespread voter fraud.

The dismissal came the same day Fulton County, Georgia District Attorney Fani Willis charged Trump, Powell and 17 others with engaging in a criminal racketeering enterprise to overturn Trump's election defeat.

Trump has denied wrongdoing and accused prosecutors of a "witch hunt." Powell could not be immediately reached for comment.

The commission did not say why it was dropping its disciplinary cases against Newman and Junttila, which it brought after a judge said their Michigan lawsuit was frivolous.

Junttila's lawyer, Michael Smith, said in a statement that his client "won this bar grievance because she did not violate ethical rules."

An attorney for Newman did not immediately respond to requests for comment, nor did a commission official.

The 6th Circuit U.S. Court of Appeals in June mostly upheld sanctions imposed against Powell and other lawyers involved in the Michigan election case. But the court dismissed sanctions against Junttila and Newman, finding they did little work on the case.

Reuters reported in December that Junttila, a Detroit defense lawyer, had by 2020 become a key player in Trump's campaign to contest the election results. Earlier this month, Junttila pleaded not guilty to charges that she illegally accessed voting machines in Michigan.

Newman, who is based in Virginia, served as former chief of staff to the U.S. Agency for Global Media during the Trump administration.

Other lawyers involved in challenging Trump's loss to Biden have also faced attorney disciplinary charges related to their efforts to overturn the election results.

A state judge in February dismissed Texas bar officials' disciplinary case against Powell over her election lawsuits, finding "numerous defects" in the evidence. The state bar is appealing that ruling. Powell has denied violating ethics rules.

Rudy Giuliani, Trump's former personal lawyer, had his law license suspended in New York for making false voter fraud claims, and a Washington, D.C., attorney ethics committee last month recommended he be disbarred there. Giuliani, who was also charged in Monday's Georgia indictment, has denied any wrongdoing.

Lawyers Jeffrey Clark and John Eastman, two more defendants named in the Georgia indictment, are also fighting attorney disciplinary actions in Washington, D.C., and California, respectively, over their efforts to keep Trump in the White House. They have not responded to the criminal charges but have defended their actions on the disciplinary cases.

Read More:

Who are Trump allies indicted on RICO charges in the Georgia election probe?

Trump, advisers charged in Georgia for 2020 election overthrow scheme

Reporting by David Thomas

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights



**David Thomas**
Thomson Reuters

David Thomas reports on the business of law, including law firm strategy, hiring, mergers and litigation. He is based out of Chicago. He can be reached at d.thomas@thomsonreuters.com and on Twitter @DaveThomas5150.

 

## Read Next / Editor's Picks

Technology
**Law firm Allen & Overy hit by 'data incident'**
November 9, 2023

Technology
**Apple agrees to $25 million settlement with US over hiring of immigrants**
November 10, 2023



World at Work
**Kaiser healthcare workers ratify new contract**
November 10, 2023

Business
**UAW to 'pull out all stops' organizing nonunion automakers**
November 9, 2023

## More from Reuters

### Industry Insight

Industry Insight
**Companies need to integrate climate reporting across functions to comply with California's new law**
Henry Engler
October 20, 2023

Legal
**Cellino, Barnes firms battle former colleagues over fees, years after split**
Diana Novak Jones
September 27, 2023

Legal
**US appeals judge faults probe of Federal Circuit's Pauline Newman**
Andrew Goudsward
September 20, 2023

Legal
**Law firm Clifford Chance posts increased revenue, stalled profits**
Sara Merken
July 19, 2023

---

Latest
**Home**

Media
- Videos
- Pictures
- Graphics

Browse
- World
- Business
- Markets
- Sustainability
- Legal
- Breakingviews
- Technology
- Investigations
- Sports
- Science
- Lifestyle

About Reuters
- About Reuters
- Careers
- Reuters News Agency

Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Coupons    Acquire Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback

© 2023 Reuters. All rights reserved