

Subscribe

POLITICS & ELECTIONS

# Trump-supporting attorney charged in Michigan's voting machine probe

Updated: Aug. 03, 2023, 2:17 p.m. | Published: Aug. 03, 2023, 1:42 p.m.



Attorney Stefanie Lambert Junttila was arraigned on Thursday, Aug. 3, for her alleged role in a plot to seize and tamper with voting machines in the aftermath of Michigan's 2020 presidential election (MLive | Screenshot).

   

By Jordyn Hermani | jhermani@mlive.com

Stefanie Lambert Junttila is now the third person to be charged for an alleged role in a plot to obtain and tamper with voting machines in the aftermath of the 2020 election, Oakland County Circuit Court details revealed Thursday.

She is the final person to be arraigned for their role in the plot, according to a statement released Thursday by Muskegon County Prosecutor DJ Hilson, who is serving as special prosecutor to this case.

Ex-state Rep. Daire Rendon and Matt DePerno, a 2022 Republican attorney general candidate, were previously indicted by a grand jury Aug. 1 for their alleged role in the plan, which involved taking and examining ballot tabulators from rural Michigan counties for evidence of election fraud in early 2021.

**RELATED:** What we do, and don't, know in Michigan's 2020 voting machine probe

Junttila, an attorney who has repeatedly pushed to overturn the results of the 2020 presidential election in Michigan, was arraigned via Zoom at 1 p.m. Aug. 3 before Oakland County Circuit Court Judge Jeffery Matis.

Like Rendon and DePerno, she was released on a $5,000 personal bond.

During the arraignment, Juntilla's lawyer Michael J. Smith motioned for a change in venue, with a Hilson asking the court hold off until Aug. 10 so that his team could form a response to the attempted change.

Junttila is charged with four counts overall: Unduly possessing a voting machine, conspiracy to commit undue possession of a voting machine, conspiracy to commit unauthorized access to a computer or computer system, and willfully damaging a voting machine.

Smith said in a statement, forwarded via text message prior to the arraignment, that a portion of the Michigan Rules of Professional Conduct require a prosecutor to "disclose all applicable law to a judge and jury."

It's something he claims Hilson did not do.

"Hilson failed to advise the judge and jury of statutes, constitutional law, and legal precedent set by a higher court," Smith said. "He has a continuous obligation to update the court of the law and has yet to do so as of the date and time of arraignment of Stefanie Lambert.

"My client was a zealous advocate for her clients and she did not violate the law and intends to sue Hilson for malicious prosecution."

Late last month, Junttila appeared on a conservative podcast to announce her pending indictment, telling the host she was "not losing any sleep over this."

"I know what I've done is right for all of my clients," she said on the podcast, posted July 27. "I've never done anything illegal. My clients have never done anything illegal."

The remaining six individuals named in the probe will not be charged as part of the investigation, according to a statement from Hilson on Thursday.

They include:

- Dar Leaf, sheriff of Barry County;
- Douglas Logan, CEO of the Florida-based firm Cyber Ninjas, which was hired by the Arizona Senate to audit the 2020 election results in Maricopa County;
- Ben Cotton, subcontractor for the Arizona 2020 audit and founder of the digital forensics company CyFIR;
- Ann Howard, a Southfield-based attorney, and;
- Jeff Lenberg, a technology consultant.

According to a request for special prosecutor filed by Attorney General Dana Nessel in August 2022, Secretary of State Jocelyn Benson made a request in February of that same year for the Department of Attorney General and Michigan State Police look into a third party attempting to access "vote tabulators, components and technology."

**RELATED:** DePerno, Rendon charged for role in Michigan tabulator probe

From there, it's alleged DePerno, Rendon and Junttila "orchestrated a coordinated plan to gain access to voting tabulators," used in Roscommon, Barry and Missaukee counties during the 2020 election.

Rendon is additionally alleged to have told the Roscommon County clerk that the state House of Representatives was actively conducting an investigation into election fraud.

Leaf, similarly, is alleged to have told Irving Township Clerk Sharon Olson to "cooperate with investigators regarding an election fraud investigation."

The group eventually obtained five tabulators and allegedly took them to either a hotel or Airbnb in Oakland County where Lenberg, Penrose, Cotton and Logan allegedly "broke into" those tabulators "and performed 'tests'."

Howard is alleged to have then "coordinated printing of fake ballots to be run through the tabulators and recruitment of 'volunteers'," according agency documents.

## More from MLive

[How Michigan played a role in Trump's 2020 election indictment](#)

[Michigan libraries launch citizen initiative to fight book bans](#)

[Governor Swanson? Genesee County sheriff says a statewide run could be in his future](#)

[Kicked groin and broken dentures: Police report details brawl at Clare County GOP convention](#)

[Michigan libraries launch citizen initiative to fight book bans](#)

**If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our [User Agreement](#) and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our [Privacy Policy.](#)**



▼ **About Us**

[Contact Us](#)

[Jobs at MLive](#)

[MLive Media Group](#)

[Our Team](#)

[Advertise with us](#)

▼ Subscriptions

MLive.com

Newsletters

The Ann Arbor News

The Bay City Times

The Flint Journal

The Grand Rapids Press

Jackson Citizen Patriot

Kalamazoo Gazette

Muskegon Chronicle

The Saginaw News

▼ Already a Subscriber

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ MLive Sections

Jobs

Autos

Real Estate

Rentals

Classifieds

News

Business

Sports

Advice

High School Sports

Betting

Life

Opinion

Obituaries

▼ Your Regional News Pages

Saginaw
Jackson
Kalamazoo
Muskegon
Ann Arbor
Bay City
Flint
Grand Rapids

▼ Mobile

Mobile apps

▼ More on MLive

Video
Weather
Post a job
Archives
Classifieds
Sell your car
Sell/Rent your home
Sponsor Content

▼ Follow Us

Twitter
Facebook
YouTube
RSS

Case 2:23-cv-11718-SJM-APP ECF No. 6-7, PageID.81 Filed 11/13/23 Page 7 of 7

ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 4/4/2023), Privacy Policy and Cookie Statement, and Your Privacy Choices and Rights (updated 7/1/2023).



© 2023 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices