Jonathon Burns <john@burns-law-firm.com>

## Apelbaum et al v. Lambert, et al | Case 2:23-cv-11718-SJM-APP
3 messages

**Jonathon Burns** <john@burns-law-firm.com>  Mon, Jul 31, 2023 at 7:38 PM
To: msmith@mikesmithlaw.com, Jonathon Burns <john@burns-law-firm.com>, Todd Stuart <tstuart@stuartlawplc.com>, Benjamin Wetmore <benwetmore@protonmail.com>

Mr. Smith:

It is our understanding based on court filings and other public reports that your office represents Stefanie Lambert Junttila. We represent Plaintiffs Yaacov Apelbaum and XRVision, Ltd. in the matter of *Yaacov Apelbaum and XRVision, Ltd. v. Stefanie Lambert, The Law Offices of Stefanie Lambert, PLLC, and Bill Bachenberg*, case no. 2:23-cv-11718-SJM-APP, pending in the USDC Eastern District of Michigan.  Please find the summons and Complaint attached to this email.

**Do you presently represent Ms. Lambert-Junttila and/or her law firm?  If so, are you authorized to accept service?  Please advise.**

I look forward to hearing from you.

Thank you.

--
Very truly yours,

/s/
John C. Burns
Attorney
P: 314-329-5040
F: 314-282-8136
PO Box 191250
St. Louis, MO 63119

This electronic message including its attachment is from John C. Burns. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail.  You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.

**2 attachments**

 **097113181709.pdf**
64K

 **#1_-_Complaint.pdf**
164K