

Jonathon Burns <john@burns-law-firm.com>

## Fwd: Apelbaum v. Bachenberg
1 message

**Todd Stuart** <tstuart@stuartlawplc.com>  Thu, Nov 2, 2023 at 11:41 AM
To: Jonathon Burns <john@burns-law-firm.com>

---------- Forwarded message ---------
From: **Todd Stuart** <tstuart@stuartlawplc.com>
Date: Wed, Oct 25, 2023 at 5:52 PM
Subject: Re: Apelbaum v. Bachenberg
To: Michael Smith <msmith@mikesmithlaw.com>
Cc: Rebecca Zampaglione <rzamp@mikesmithlaw.com>, Nicole Richards <nrichards@mikesmithlaw.com>

Mike,

  We are agreeable to an additional 23 days (in addition to the 7 days already granted) extension for an Answer to be filed in this matter.  Thanks!

Todd

On Mon, Oct 23, 2023, 3:13 PM Michael Smith <msmith@mikesmithlaw.com> wrote:

> Thank you Todd. Mike---
>
> **From:** Todd Stuart <tstuart@stuartlawplc.com>
> **Sent:** Monday, October 23, 2023 3:11 PM
> **To:** Michael Smith <msmith@mikesmithlaw.com>
> **Cc:** Rebecca Zampaglione <rzamp@mikesmithlaw.com>; Nicole Richards <nrichards@mikesmithlaw.com>
> **Subject:** Re: Apelbaum v. Bachenberg
>
>
> Mr. Smith,
>
>   This email confirms your email and the 7-day extension. Please call me if you do not hear from Mr. Burns by Wednesday. Thanks.
>
>
> Todd
>
>
> On Mon, Oct 23, 2023 at 3:09 PM Michael Smith <msmith@mikesmithlaw.com> wrote:
>
>> Todd,
>>
>>         This email confirms our telephone discussion of Friday, October 20, 2023 that you consented to a 7 day extension to file responsive pleadings to the Complaint in the Appelbaum v. Bachenberg complaint in the United States District Court  Eastern District of Michigan that would mean that the responsive pleadings are due  on  October 30, 2023.  You also stated that Mr. Burns would be calling me on the issue of a 30 day extension instead of a 7 day extension and I await his call. Thanking you for your professional courtesy. Mike---
>>
>> Michael J. Smith

Attorney at Law

The Law Firm of Michael J. Smith and Associates, PLLC

70 Macomb Place, Suite 200

Mount Clemens, MI 48043

Phone: (586) 254-0200

Fax: (586) 254-0201

The-Law-Firm-Of-Michael-J-Smith-and-Associates-PLLC (1) (002)

**This is a transmission from The Law Firm of Michael J. Smith and Associates, PLLC and is intended only for the use of the addressee.**

It may contain information which is privileged, confidential and/or protected by the attorney-client privilege or attorney work product doctrine.  If you are not the intended recipient, please e-mail the sender and destroy all copies of this message and any attachment.  Any disclosure, reproduction, distribution or use of the contents of this message or any attachment thereto is strictly prohibited.

**NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:**

IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments) was not written and is not intended by The Law Firm of Michael J. Smith and Associates, PLLC to be used for the purpose of (i) avoiding penalties imposed by the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein.

--

Todd A. Stuart

Attorney at Law

Stuart Law, PLC

429 Turner Ave, NW
Grand Rapids, MI 49504

Mobile: 616.450.9885

Facsimile: 616.588.6131

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 450-9885, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
Todd A. Stuart
Attorney at Law
Stuart Law, PLC
429 Turner Ave, NW
Grand Rapids, MI 49504
Mobile: 616.450.9885
Facsimile: 616.588.6131


Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 450-9885, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**2 attachments**



image001.png
27K

image001.png
27K