UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Yaacov Apelbaum et al<br><br>Plaintiff<br><br>-vs-<br><br>Stephanie Lynn Lambert et al<br><br>Defendant | Civil Action No. 2:23-cv-11718 |

## AFFIDAVIT

I, Ty Bailey-Process Server/Motor City Legal Process Servers LLC:, of 607 Shelby st #700 Detroit, in Wayne, Michigan, MAKE OATH AND SAY THAT:

1.  On 07-23-23 7pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

    No Answer;No Cars in Driveway.

    Documented and Photos/BodyCam Retained On file.

2.  On 07-28-23 8:30am; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

Page 1 of 4

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

3. 0n 08-01-23 11am; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

4. 0n 08-3-23 4pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

5. 0n 08-7-23 9pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

No Answer;No Cars in Driveway.

Defendant is Evading Service of Process. Alternative Service is Needed.

Documented and Photos/BodyCam Retained On file.

6. 0n 08-10-23 8:15am; I attempted to serve upon Stefanie Lambert, Attorney at 9089 Spencer Rd, South Lyon, MI 48178.

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

7. 0n 08-13-23 1:20pm; I attempted to serve upon Stefanie Lambert, Attorney at 9089 Spencer Rd, South Lyon, MI 48178.

   No Answer;No Cars in Driveway.

   Documented and Photos/BodyCam Retained On file.

8. 0n 08-16-23 8:30 pm; I attempted to serve upon Stefanie Lambert, Attorney at 9089 Spencer Rd, South Lyon, MI 48178.

   No Answer;No Cars in Driveway.

   Documented and Photos/BodyCam Retained On file.

9. 0n 08-20-23 7am; I attempted to serve upon Stefanie Lambert, Attorney at 9089 Spencer Rd, South Lyon, MI 48178.

   No Answer;No Cars in Driveway.

   Defendant is a Evading service of process. Alternative service Needed.

   Documented and Photos/BodyCam Retained On file.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the __11TH__ day of __NOVEMBER__, __2023__

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
__OCTOBER 27, 2026__

_____
(Signature)

Ty Bailey-Process Server/Motor City Legal Process Servers LLC:

**MARIO D HALL**
NOTARY PUBLIC- STATE OF MICHIGAN
COUNTY OF WAYNE
My commission expires: October 27, 20 __26__
Acting in the County of __WAYNE__

©2002-2023 LawDepot.com®

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum et al

Civil Action No. 2:23-cv-11718

Plaintiff

-vs-

Stephanie Lynn Lambert et al

Defendant

## AFFIDAVIT

I, Ty Bailey, of 607 Shelby st #700 Detroit, in Wayne, Michigan, MAKE OATH AND SAY THAT:

1. 1. On 10-03-23 6:30am; I attempted to serve upon Stefanie Lambert, Attorney at 1162 HORSESHOE DR, SOUTH LYON, MI 48178-5310 (OAKLAND COUNTY).
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

2. On 10-6-23 11:30am; I attempted to serve upon Stefanie Lambert, Attorney at 1162 HORSESHOE DR, SOUTH LYON, MI 48178-5310 (OAKLAND COUNTY).


No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

Page 1 of 3

3. 0n 10-10-23 8pm; I attempted to serve upon Stefanie Lambert, Attorney at 1162 HORSESHOE DR, SOUTH LYON, MI 48178-5310 (OAKLAND COUNTY).
No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

4. 0n 10-13-23 6pm; I attempted to serve upon Stefanie Lambert, Attorney at 1057 COUNTRY CLUB DR # 61, SAINT CLAIR SHORES, MI 48082-2942 (MACOMB COUNTY) .
No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

5. 0n 10-16-23 7:30am; I attempted to serve upon Stefanie Lambert, Attorney at 1057 COUNTRY CLUB DR # 61, SAINT CLAIR SHORES, MI 48082-2942 (MACOMB COUNTY) .

No Answer;No Cars in Driveway.


6. 0n 10-19-23 8:15am; I attempted to serve upon Stefanie Lambert, Attorney at 1057 COUNTRY CLUB DR # 61, SAINT CLAIR SHORES, MI 48082-2942 (MACOMB COUNTY) . .
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.
Defendant is Evading Service of Process. Alternative Service is Needed.

7. 0n 10-21-23 7pm; I attempted to serve upon Stefanie Lambert, Attorney at 19245 23 MILE RD, MACOMB, MI 48042-4201 (MACOMB COUNTY) .
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

8.0n 10-23-23 2pm; I attempted to serve upon Stefanie Lambert, Attorney at 19245 23 MILE RD, MACOMB, MI 48042-4201 (MACOMB COUNTY) .
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

9.0n 10-25-23 9:15am; I attempted to serve upon Stefanie Lambert, Attorney at 19245 23 MILE RD, MACOMB, MI 48042-4201 (MACOMB COUNTY) .

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the  11TH  day of NOVEMBER , 2023

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires:
OCTOBER 27, 2026

_____ (Signature)

Ty Bailey

**MARIO D HALL**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My commission expires October 27, 20 26
Acting in the County of WAYNE

Page 3 of 3