UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

      Plaintiffs,   Case No. 2:23-cv-11718

v.   Hon. Stephen J. Murphy, III
    Hon. Anthony P. Patti

STEFANIE LAMBERT, a Michigan resident, and
THE LAW OFFICE OF STEFANIE L. LAMBERT,
PLLC, a Michigan professional limited liability company
and BILL BACHENBERG, a Pennsylvania resident,

      Defendants.

---

| | |
|---|---|
| BURNS LAW FIRM | STUART LAW, PLC |
| John C. Burns | Todd A. Stuart |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| PO Box 191250 | 429 Turner Ave. NW |
| St. Louis, Missouri 63119 | Grand Rapids, MI 49504 |
| P: (314) 329-5040 | Office: 616-284-1658 |
| F: (314) 282-8136 | tstuart@stuartlawplc.com |
| john@burns-law-firm.com | |

---

**DECLARATION OF JOHN C. BURNS, ESQ.**

    I, John C. Burns, attorney for Plaintiffs, swear under penalty of perjury that to best of my knowledge, ability and belief, the facts contained in Plaintiffs' Motion for Alternate Service (Dkt. #6) and in Plaintiffs' Memorandum in Response to the Court's Show Cause Order of October 31, 2023, are correct and accurate.

Dated:      November 13, 2023

                                                    Respectfully submitted,

                                                    /s/ *John C. Burns*
                                                    John C. Burns