UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum et al

Civil Action No. 2:23-cv-11718

Plaintiff

-vs-

Stephanie Lynn Lambert et al

Defendant

## AFFIDAVIT

I, Ty Bailey-Process Server/Motor City Legal Process Servers LLC:, of 607 Shelby st #700 Detroit, in Wayne, Michigan, MAKE OATH AND SAY THAT:

1. On 11-09-23 at 9:30am; I attempted to serve upon Stefanie Lambert Suite 2340 Attorney at 500 GRISWOLD STREET, DETROIT, MI, 48226.

    No Answer

    Documented and Photos/BodyCam Retained On file.

2. On 11-11-23 at 4:19pm; I attempted to serve upon Stefanie Lambert Suite 2340 Attorney at 500 GRISWOLD STREET, DETROIT, MI, 48226.

Page 1 of 3

Security Guard on Duty states that Ms.Stefanie Lambert comes in but may come in on the other side of the building. Security also states that her-name has been removed from building registry.

Security guard escorted me up to the 23rd floor Suite 2340.

No Answer

Documented and Photos/BodyCam Retained On file.

3. 0n 11-14-23 at 3pm; I attempted to serve upon Stefanie Lambert Attorney at 500 GRISWOLD STREET Suite 2340 DETROIT, MI, 48226.

Spoke to Attorney Sanford Schulman at Federal Criminal Attorneys of Michigan PLLC located at this same Suite 2340 he states that Ms.Stefanie Lambert comes in often.
However she isn't here. Mr. Sanford Schulman states he cannot accept service of process for her either.

Stephanie Lambert is evading service. Alternative service is needed.

Documented and Photos/BodyCam Retained On file.

4. 0n 11-15-23 at 1:30pm; I attempted to serve upon Stefanie Lambert Attorney at 500 GRISWOLD STREET Suite 2340, DETROIT, MI, 48226.

No Answer

Stephanie Lambert is evading service. Alternative service is needed.

Documented and Photos/BodyCam Retained On file.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the  16 TH  day of NOVEMBER , 2023

Signature _Jazel Hall_ (Seal)

NOTARY PUBLIC

My Commission expires: 05/23/2030

_____
(Signature)

Ty Bailey-Process Server/Motor City Legal Process Servers LLC:

**JAZEL HALL**
Notary Public - State of Michigan
County of Wayne
My Commission Expires: 05-23-20 30
Acting in the County of  WAYNE