**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

               Plaintiffs,

v.

STEFANIE LAMBERT, a Michigan resident, and
THE LAW OFFICE OF STEFANIE L. LAMBERT, PLLC,
A Michigan professional limited liability company
And BILL BACHENBERG, a Pennsylvania resident,

               Defendants.

Case No. 2:23-cv-11718

Hon. Stephen J. Murphy, III

_____/

| | |
|---|---|
| **BURNS LAW FIRM**<br>John C. Burns*<br>Attorneys for Plaintiffs<br>PO Box 191250<br>St. Louis, Missouri 63119<br>(314) 329-5040<br>TBLF@pm.me<br>*admission to the Eastern District<br>Of Michigan pending | **THE LAW FIRM OF MICHAEL J.**<br>**SMITH AND ASSOCIATES, PLLC**<br>Michael J. Smith (P36706)<br>Jacob A. Perrone (P71915)<br>Daniel L. Price (P60353)<br>Attorneys for Defendant, BILL<br>BACHENBERG ONLY<br>70 Macomb Place, Suite 200<br>Mt. Clemens, MI 48043<br>(586) 254-0200<br>msmith@mikesmithlaw.com<br>jperrone@mikesmithlaw.com<br>dprice@mikesmithlaw.com |
| **STUART LAW, PLC**<br>Todd A. Stuart<br>Attorneys for Plaintiffs<br>429 Turner Ave. NW<br>Grand Rapids, MI 49504<br>(616) 284-1658<br>tstuart@stuartlawplc,com | |

_____/

**DEFENDANT BILL BACHENBERG'S ANSWER TO THE COMPLAINT AND**
**RELIANCE ON JURY DEMAND**

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

**NOW COMES** Defendant, **BILL BACHENBERG**, by and through his attorneys, **THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC.**, and for his Answer to Plaintiff's Complaint, states onto this Honorable Court as follows:

1. In Answer to Paragraph one (1) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

2. In Answer to Paragraph two (2) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

3. In Answer to Paragraph three (3) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

4. In Answer to Paragraph four (4) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

5. In Answer to Paragraph five (5) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

The Law Firm of Michael J. Smith and Associates, PLLC (586) 254-0200

6. This allegation pertains to a different Defendant and is not applicable to Defendant, BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

7. This allegation pertains to a different Defendant and is not applicable to Defendant, BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

8. In Answer to Paragraph eight (8) of Plaintiffs' Complaint, Defendant BACHENBERG admits the allegations contained therein, for the reason that same are true.

9. In Answer to Paragraph nine (9) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

10. This allegation pertains to a different Defendant and is not applicable to Defendant, BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

11. In Answer to Paragraph eleven (11) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

12. In Answer to Paragraph twelve (12) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

## **GENERAL ALLEGATIONS**

13. In Answer to Paragraph thirteen (13) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

14. In Answer to Paragraph fourteen (14) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

15. In Answer to Paragraph fifteen (15) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

16. In Answer to Paragraph sixteen (16) This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

17. In Answer to Paragraph seventeen (17) of Plaintiffs' complaint, this allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To

The Law Firm of Michael J. Smith and Associates, PLLC (586) 254-0200

the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

18. In Answer to Paragraph eighteen (18) of Plaintiffs' complaint, this allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

19. In Answer to Paragraph nineteen (19) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

20. In Answer to Paragraph twenty (20) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

21. In Answer to Paragraph twenty-one (21) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

22. In Answer to Paragraph twenty-two (22) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

23. In Answer to Paragraph twenty-three (23) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

24. In Answer to Paragraph twenty-four (24) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

25. In Answer to Paragraph twenty-five (25) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

26. In Answer to Paragraph twenty-six (26) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

27. In Answer to Paragraph twenty-seven (27) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

28. In Answer to Paragraph twenty-eight (28) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

29. In Answer to Paragraph twenty-nine (29) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

30. In Answer to Paragraph thirty (30) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

31. In Answer to Paragraph thirty-one (31) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

32. In Answer to Paragraph thirty-two (32) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

33. In Answer to Paragraph thirty-three (33) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

34. In Answer to Paragraph thirty-four (34) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

35. In Answer to Paragraph thirty-five (35) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

36. In Answer to Paragraph thirty-six (36) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

37. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

38. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

39. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

40. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

41. In Answer to Paragraph forty-one (41) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

42. In Answer to Paragraph forty-two (42) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

43. In Answer to Paragraph forty-three (43) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

44. In Answer to Paragraph forty-four (44) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

45. In Answer to Paragraph forty-five (45) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

46. In Answer to Paragraph forty-six (46) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

47. In Answer to Paragraph forty-seven (47) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

48. In Answer to Paragraph forty-eight (48) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

49. In Answer to Paragraph forty-nine (49) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

50. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

51. In Answer to Paragraph fifty-one (51) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

52. In Answer to Paragraph fifty-two (52) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

53. In Answer to Paragraph fifty-three (53) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

54. In Answer to Paragraph fifty-four (54) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

The Law Firm of Michael J. Smith and Associates, PLLC (586) 254-0200

55. In Answer to Paragraph fifty-five (55) of Plaintiffs' complaint, this allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

56. In Answer to Paragraph fifty-six (56) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

57. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

58. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

59. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

60. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

61. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

62. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

## <u>COUNT 1 – LIBEL WITH COMMON LAW MALICE</u>

### Brought by Plaintiffs Against Defendants Lambert and PLLC

63. Defendant incorporates by reference paragraphs 1-62 above, as if fully restated and set forth herein word for word.

64. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

65. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

66. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

67. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

68. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

69. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

70. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

71. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

72. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

73. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

74. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

75. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

76. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

77. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

78. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

### COUNT 2 – LIBEL WITH ACTUAL MALICE

**Brought by plaintiffs Against defendants Lambert and PLLC**

79. Defendant incorporates by reference paragraphs 1-78 above, as it set forth fully herein word for word.

80. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

81. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

82. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

83. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

84. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

85. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

86. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and, therefore, leaves Plaintiffs to their proofs.

87. This allegation pertains to a different Defendant and is not applicable to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and, therefore, leaves Plaintiffs to their proofs.

88. This allegation pertains to a different Defendant and is not applicable to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and, therefore, leaves Plaintiffs to their proofs.

89. This allegation pertains to a different Defendant and is not applicable to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and, therefore, leaves Plaintiffs to their proofs.

90. This allegation pertains to a different Defendant and is not applicable to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

91. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

92. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

93. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

94. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

95. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

## COUNT 3 – SLANDER WITH COMMON LAW MALICE

### Brought by Plaintiffs Against Defendants Lambert and PLLC

96. Defendant BACHENBERG incorporates by reference paragraphs 1-95 above, as if set forth fully herein word for word.

97. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

98. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

99. This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

100.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

101.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

102.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

103.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

104.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

105.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

106.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

107.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

108.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

109.   This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

110.   This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

## COUNT 4 – SLANDER WITH ACTUAL MALICE

### Brought by Plaintiffs Against Defendants lambert and PLLC

111.   Defendant BACHENBERG incorporates by reference paragraphs 1-110 above, as if set forth fully herein word for word.

112.   This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

113.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

114.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

115.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

116.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

117.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

118.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

119.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

120.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

121.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

122.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

123.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

124.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

125.    This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

126.     This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

127.     This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

128.     This allegation pertains to a different Defendant and is not applicable to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and, therefore, leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered. ss

## COUNT 5 – BREACH OF CONTRACT

**Brought by Plaintiffs Against Defendants Lambert, PLLC, and Bachenberg**

129.     Defendant BACHENBERG incorporates by reference paragraphs 1-128 above, as if set forth fully herein word for word.

130.   In Answer to Paragraph one hundred thirty (130) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

131.   In Answer to Paragraph one hundred thirty-one (131) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

132.   In Answer to Paragraph one hundred thirty-two (132) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

133.   In Answer to Paragraph one hundred thirty-three (133) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue, and by way of further answer, Defendant BACHENBERG never entered into a contract with Plaintiffs.

134.   In Answer to Paragraph one hundred thirty-four (134) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue, and by way of further answer, Defendant BACHENBERG never entered into a contract with Plaintiffs.

135.   In Answer to Paragraph one hundred thirty-five (135) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

136.   In Answer to Paragraph one hundred thirty-six (136) of Plaintiffs' Complaint, Defendant BACHENBERG neither admits nor denies the allegations contained

The Law Firm of Michael J. Smith and Associates, PLLC (586) 254-0200

herein, due to insufficient information or knowledge to establish a belief as to the

truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable

Court enter an order of dismissal with prejudice of the instant Complaint filed as against

Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so

wrongfully suffered.

### COUNT 6 – TORTIOUS INTERFERENCE

**Brought by Plaintiffs Against Defendants Lambert, and PLLC**

137.    Defendant BACHENBERG incorporates by reference paragraphs 1-136 above, as

if set forth fully herein word for word.

138.    This allegation is related to another Defendant and does not apply to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and therefore leaves Plaintiffs to their proofs.

139.    This allegation is related to another Defendant and does not apply to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

insufficient information or knowledge to establish a belief as to the truthfulness of the

allegation, and therefore leaves Plaintiffs to their proofs.

140.    This allegation is related to another Defendant and does not apply to Defendant,

BILL BACHENBERG. To the extent an answer is necessary, Defendant

BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

141.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

142.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

143.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

## <u>COUNT 7 – PROMISSORY ESTOPPEL</u>

### **Brought by Plaintiffs Against Defendants Lambert, and PLLC**

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

144.    Defendant BACHENBERG incorporates by reference paragraphs 1-143 above, as if set forth fully herein word for word.

145.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiff to his proofs.

146.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

147.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

148.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary, Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

## COUNT 8 – PROMISSORY ESTOPPEL

### Brought by Plaintiffs Against Defendant Bachenberg

149.    Defendant incorporates by reference paragraphs 1-148 above, as it set forth fully herein word for word.

150.    In Answer to Paragraph one hundred fifty (150) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

151.    In Answer to Paragraph one hundred fifty-one (151) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

152.    In Answer to Paragraph one hundred fifty-two (152) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

153.    In Answer to Paragraph one hundred fifty-three (153) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

Defendant BACHENBERG and award Defendant BACHENBERG costs and attorney fees so wrongfully suffered.

## COUNT 9 – QUANTUM MERUIT / UNJUST ENRICHMENT

### Brought by Plaintiffs Against Defendant Bachenberg

154.    Defendant BACHENBERG incorporates by reference paragraphs 1-153 above, as it set forth fully herein word for word.

155.    In Answer to Paragraph one hundred fifty-five (155) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

156.    In Answer to Paragraph one hundred fifty-six (156) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

157.    In Answer to Paragraph one hundred fifty-seven (157) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

158.    In Answer to Paragraph one hundred fifty-eight (158) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

159.    In Answer to Paragraph one hundred fifty-nine (159) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

160.    In Answer to Paragraph one hundred sixty (160) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue.

161.    In Answer to Paragraph one hundred sixty-one (161) of Plaintiffs' Complaint, Defendant BACHENBERG denies the allegations contained therein, for the reason that same are untrue, by way of further answer, Defendant BACHENBERG never entered into a contract with Plaintiffs'.

162.    In answer to paragraph one hundred sixty-two (162) of Plaintiffs' complaint, Defendant BACHENBERG admits that the allegation contained therein, for the reason that same are true and by way of further answer, Defendant BACHENBERG vehemently states that he never entered into a contract with Plaintiffs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant costs and attorney fees so wrongfully suffered.

## COUNT 10 – QUANTUM MERUIT / UNJUST ENRICHMENT

### Brought by Plaintiffs Against Defendants Lambert and PLLC

163.    Defendant BACHENBERG incorporates by reference paragraphs 1-162 above, as it set forth fully herein word for word.

164.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

165.     This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

166.     This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

167.     This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

168.     This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

169.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

170.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

171.    This allegation is related to another Defendant and does not apply to Defendant, BILL BACHENBERG. To the extent an answer is necessary Defendant BACHENBERG neither admits nor denies the allegations contained herein, due to insufficient information or knowledge to establish a belief as to the truthfulness of the allegation, and therefore leaves Plaintiffs' to their proofs.

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against Defendant BACHENBERG and award Defendant costs and attorney fees so wrongfully suffered.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Defendant BACHENBERG respectfully requests that this Honorable Court enter an order of dismissal with prejudice of the instant Complaint filed as against

THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200

Defendant BACHENBERG and award Defendant costs and attorney fees so wrongfully suffered.

Dated: November 22, 2023          Respectfully Submitted,

THE LAW FIRM OF MICHAEL J. SMITH
AND ASSOCIATES, PLLC


By:     /S/ Michael J. Smith
          Michael J. Smith (P36706)
          70 Macomb Place, Suite 200
          Mt. Clemens, MI 48043
          (586) 254-0200
          msmith@mikesmithlaw.com

*THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200*