UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

(Court Level and Jurisdiction)

| | |
|---|---|
| Yaacov Apelbaum et al and XRVISION, LTD., a New York corporation,<br><br>Plaintiffs<br><br>-vs-<br><br>STEFANIE LAMBERT, a Michigan resident,, THE LAW OFFICE OF STEFANIE L. LAMBERT, PLLC, a Michigan professional limited liability company, and BILL BACHENBERG, a Pennsylvania resident,<br><br>Defendants | Civil Action No. 2:23-cv-11718<br>(Case I.D. Number) |

## AFFIDAVIT

I, Ty Bailey-Process Server at Motor City Legal Process LLC, of 607 Shelby st Suite700 Detroit, in Wayne County, Michigan, MAKE OATH AND SAY THAT:

1. On 12-22-23 3pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr Bloomfield Hils, MI 48301.
   No Answer;No Cars in Driveway.
   Documented and Photos/BodyCam Retained On file.
   On 12-23-23 8am; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.

Documented and Photos/BodyCam Retained On file.

On 12-28-23 7pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr., Bloomfield Hills, MI 48301.
No Answer; No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.
On 01-02-23 11am; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr Bloomfield Hills, MI 48301.
No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.
On 01-03-23 7:21am; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr.,
Bloomfield Hills, MI 48301.
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 01-04-23 8:12pm; I attempted to serve upon Stefanie Lambert, Attorney at 6386 Thorncrest Dr.,
Bloomfield Hills, MI 48301.
No Answer;No Cars in Driveway.
Defendant is Evading Service of Process. Alternative Service si Needed.
Documented and Photos/BodyCam Retained On file.

2. On 12-22-23 7:09am; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe Dr. South Lyon, MI 48178.
No Answer; No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 12-23-23 11am; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe Dr. South Lyon, MI 48178.
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 12-28-23 8:30 pm; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe

Dr. South Lyon, MI 48178.
No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 01-02-23 5pm; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe Dr. South Lyon, MI 48178

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

On 01-03-23 8:15am; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe Dr. South Lyon, MI 48178.
No Answer; No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

No Answer;No Cars in Driveway.

On 01-04-23 3pm; I attempted to serve upon Stefanie Lambert, Attorney at 1162 Horseshoe Dr. South Lyon, MI 48178.
No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

3. On 12-22-23 1:30pm; I attempted to serve upon Stefanie Lambert, Attorney at 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer; No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

On 12-23-23 11am; I attempted to serve upon Stefanie Lambert, Attorney at 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 12-28-23 8:30 pm; I attempted to serve upon Stefanie Lambert, Attorney at 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer;No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

On 01-02-23 5pm; I attempted to serve upon Stefanie Lambert, Attorney at ) 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer;No Cars in Driveway.


Documented and Photos/BodyCam Retained On file.

On 01-03-23 3pm; I attempted to serve upon Stefanie Lambert, Attorney at 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer; No Cars in Driveway.
Documented and Photos/BodyCam Retained On file.

No Answer;No Cars in Driveway.

On 01-04-23 10pm; I attempted to serve upon Stefanie Lambert, Attorney at 1057 Country Club Dr. #61, Saint Clair Shores, MI 48082

No Answer;No Cars in Driveway.

Documented and Photos/BodyCam Retained On file.

4. On 12-22-23 6:07pm; I Served upon Stefanie Lambert, Attorney at 19245 23 Mile Rd., Macomb, MI 48042 by Leaving with Adult Male Male who identifies at Mario but he refused to provide his last name.

Documented and Photos/BodyCam Retained On file.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the 5th day of January, 2024

Signature
*Sharon Irene Vasquez* (Seal)
NOTARY PUBLIC

My Commission expires:
07/09/2024

SHARON IRENE VASQUEZ
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jul 9, 2024
ACTING IN COUNTY OF Wayne

(Signature)

Ty Bailey-Process Server at Motor City Legal Process LLC

©2002-2024 LawDepot.com®