



FedEx® Tracking



SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.
SHOP NOW

**DELIVERED**

# Saturday

12/30/23 at 2:22 PM

Your package was released as requested and safely delivered.

Signed for by: S.IGNATURE NOT REQ

 Obtain proof of delivery

**DELIVERY STATUS**

Delivered 



**TRACKING ID**

788628734200 ✏ ☆

**FROM**
Saint Louis, MO US

*Label Created*
12/28/23 11:57 AM

**WE HAVE YOUR PACKAGE**
MAPLEWOOD, MO
12/28/23 6:27 PM

**ON THE WAY**
SALINE, MI
12/30/23 6:03 AM

**OUT FOR DELIVERY**
SALINE, MI
12/30/23 6:01 AM



**FedEx.**

*Delivered*
12/30/23 at 2:22 PM

View travel history

Want updates on this shipment? Enter your email and we will do the rest!

YOUR EMAIL

**SUBMIT**

**MORE OPTIONS**

Manage Delivery

## Shipment facts

### Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 788628734200 |
| DELIVERED TO | Shipping/Receiving |
| SHIP DATE | 12/28/23 |
| STANDARD TRANSIT | 1/3/24 before 8:00 PM |
| ACTUAL DELIVERY | 12/30/23 at 2:22 PM |

### Services

| | |
|---|---|
| SERVICE | FedEx Express Saver |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery |

### Package details

| | |
|---|---|
| WEIGHT | 1 lbs / 0.45 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1 lbs / 0.45 kgs |
| PACKAGING | FedEx Envelope |

↑ Back to to



Ascending

Local Scan Time

**Thursday, 12/28/23**

- 11:57 AM
  **Shipment arriving early**
  ELLISVILLE, MO

- 11:57 AM
  **Picked up**
  Tendered at FedEx Office
  ELLISVILLE, MO

- 11:57 AM
  **Shipment information sent to FedEx**

- 6:27 PM
  **Picked up**
  MAPLEWOOD, MO

- 8:55 PM
  **Left FedEx origin facility**
  MAPLEWOOD, MO

**Friday, 12/29/23**

- 4:12 AM
  **Arrived at FedEx hub**
  CHAMPAIGN, IL

- 9:58 AM
  **Departed FedEx hub**
  CHAMPAIGN, IL

- 8:02 PM
  **Arrived at FedEx hub**
  PERRYSBURG, OH



3:33 AM
**At local FedEx facility**
SALINE, MI

6:01 AM
**On FedEx vehicle for delivery**
SALINE, MI

6:03 AM
**Shipment arriving early**
SALINE, MI

2:22 PM
**Delivered**
South Lyon, MI

2:22 PM
**Delivered**
South Lyon, MI

↑ Back to to

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
 United States

**FOLLOW FEDEX** 

© FedEx 1995-2023
Site Map   |   Terms of Use   |   Privacy & Security

January 03, 2024

Dear Customer,

The fo ow ng s the proof-of-de very for track ng number: 788628734200

**Delivery information:**

| | | | |
|---|---|---|---|
| Status: | De vered | Delivered To: | Sh pp ng/Rece v ng |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | De ver Weekday;<br>Res dent a De very | | South Lyon, MI, |
| | | Delivery date: | Dec 30, 2023 14:22 |

**Shipping information:**

| | | | |
|---|---|---|---|
| Tracking number: | 788628734200 | Ship Date: | Dec 28, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| South Lyon, MI, US, | | Sa nt Lou s, MO, US, |

Proof-of-de very deta s appear be ow; however, no s gnature s ava ab e for th s FedEx Express sh pment
because a s gnature was not requ red.

Thank you for choos ng FedEx

 ☰

FedEx® Tracking

⋮


SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.
SHOP NOW

**DELIVERED**

# Saturday

12/30/23 at 1:47 PM

Your package was released as requested and safely delivered.

Signed for by: S.IGNATURE NOT REQ

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅



🔍

**TRACKING ID**

788628682106  ✏️ ⭐

**FROM**
Saint Louis, MO US

*Label Created*
12/28/23 11:57 AM

**WE HAVE YOUR PACKAGE**
MAPLEWOOD, MO
12/28/23 6:27 PM

**ON THE WAY**
LIVONIA, MI
12/30/23 4:59 AM

**OUT FOR DELIVERY**
LIVONIA, MI
12/30/23 4:58 AM



**FedEx**

*Delivered*
12/30/23 at 1:47 PM

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | **SUBMIT** |

**MORE OPTIONS**

Manage Delivery ⌄

## Shipment facts ⌃

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 788628682106 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ⓘ | 12/28/23 |
| **STANDARD TRANSIT** ⓘ | 1/3/24 before 8:00 PM |
| **ACTUAL DELIVERY** | 12/30/23 at 1:47 PM |

### Services

| | |
|---|---|
| **SERVICE** | FedEx Express Saver |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery |

### Package details

| | |
|---|---|
| **WEIGHT** | 1 lbs / 0.45 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1 lbs / 0.45 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to to



**Ascending** ⌄

**Local Scan Time** ⌄

**Thursday, 12/28/23**

- 11:57 AM
  **Shipment information sent to FedEx**

- 11:57 AM
  **Shipment arriving early**
  ELLISVILLE, MO

- 11:57 AM
  **Picked up**
  Tendered at FedEx Office
  ELLISVILLE, MO

- 6:27 PM
  **Picked up**
  MAPLEWOOD, MO

- 8:55 PM
  **Left FedEx origin facility**
  MAPLEWOOD, MO

**Friday, 12/29/23**

- 4:13 AM
  **Arrived at FedEx hub**
  CHAMPAIGN, IL

- 9:58 AM
  **Departed FedEx hub**
  CHAMPAIGN, IL

- 8:02 PM
  **Arrived at FedEx hub**
  PERRYSBURG, OH



- 4:17 AM
  **At local FedEx facility**
  LIVONIA, MI

- 4:58 AM
  **On FedEx vehicle for delivery**
  LIVONIA, MI

- 4:59 AM
  **Shipment arriving early**
  LIVONIA, MI

- 1:46 PM
  **Delivered**
  Bloomfield Hills, MI

- 1:47 PM
  **Delivered**
  Bloomfield Hills, MI

↑ Back to to

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
 United States

**FOLLOW FEDEX** 

© FedEx 1995-2023
Site Map   |   Terms of Use   |   Privacy & Security

**FedEx**

January 03, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 788628682106

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | Bloomfield Hills, MI, |
| | | Delivery date: | Dec 30, 2023 13:47 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 788628682106 | Ship Date: | Dec 28, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

| Recipient: | Shipper: |
|---|---|
| Bloomfield Hills, MI, US, | Saint Louis, MO, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



FedEx® Tracking



**DELIVERED**

# Saturday

12/30/23 at 12:56 PM

Your package was released as requested and safely delivered.

Signed for by: S.IGNATURE NOT REQ

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓



**TRACKING ID**

788628833880 ✎ ☆

**FROM**
Saint Louis, MO US

*Label Created*
12/28/23 11:57 AM

**WE HAVE YOUR PACKAGE**
MAPLEWOOD, MO
12/28/23 6:27 PM

**ON THE WAY**
OAK PARK, MI
12/30/23 4:34 AM

**OUT FOR DELIVERY**
OAK PARK, MI
12/30/23 4:32 AM



**FedEx**

*Delivered*
12/30/23 at 12:56 PM

View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | SUBMIT |

**MORE OPTIONS**

Manage Delivery ⌄

## Shipment facts ⌃

### Shipment overview

| TRACKING NUMBER | 788628833880 |
| DELIVERED TO | Shipping/Receiving |
| SHIP DATE ⓘ | 12/28/23 |
| STANDARD TRANSIT ⓘ | 1/3/24 before 8:00 PM |
| ACTUAL DELIVERY | 12/30/23 at 12:56 PM |

### Services

| SERVICE | FedEx Express Saver |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery |

### Package details

| WEIGHT | 0.5 lbs / 0.23 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.5 lbs / 0.23 kgs |
| PACKAGING | FedEx Envelope |

↑ Back to to



Ascending

Local Scan Time

**Thursday, 12/28/23**

- 11:57 AM
  **Picked up**
  Tendered at FedEx Office
  ELLISVILLE, MO

- 11:57 AM
  **Shipment information sent to FedEx**

- 6:27 PM
  **Picked up**
  MAPLEWOOD, MO

- 6:32 PM
  **Shipment arriving early**
  MAPLEWOOD, MO

- 8:55 PM
  **Left FedEx origin facility**
  MAPLEWOOD, MO

**Friday, 12/29/23**

- 4:16 AM
  **Arrived at FedEx hub**
  CHAMPAIGN, IL

- 9:58 AM
  **Departed FedEx hub**
  CHAMPAIGN, IL

- 8:17 PM
  **Arrived at FedEx hub**
  PERRYSBURG, OH



3:29 AM
**At local FedEx facility**
OAK PARK, MI

4:32 AM
**On FedEx vehicle for delivery**
OAK PARK, MI

4:34 AM
**Shipment arriving early**
OAK PARK, MI

12:56 PM
**Delivered**
Saint Clair Shores, MI

12:56 PM
**Delivered**
Saint Clair Shores, MI

↑ Back to to

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
   United States

**FOLLOW FEDEX** 

**FedEx**

Dear Customer,

The fo ow ng s the proof-of-de very for track ng number: 788628833880

**Delivery information:**

| | | | |
|---|---|---|---|
| Status: | De vered | Delivered To: | Sh pp ng/Rece v ng |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | De ver Weekday; Res dent a De very | | Sa nt C a r Shores, MI, |
| | | Delivery date: | Dec 30, 2023 12:56 |

**Shipping information:**

| | | | |
|---|---|---|---|
| Tracking number: | 788628833880 | Ship Date: | Dec 28, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| Sa nt C a r Shores, MI, US, | Sa nt Lou s, MO, US, |

Proof-of-de very deta s appear be ow; however, no s gnature s ava ab e for th s FedEx Express sh pment because a s gnature was not requ red.

Thank you for choos ng FedEx



FedEx® Tracking


**SHOPRUNNER** by **FedEx.**
**READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.**
SHOP NOW

**DELIVERED**

# Saturday

12/30/23 at 1:54 PM

Your package was released as requested and safely delivered.

Signed for by: S.IGNATURE NOT REQ

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅



**TRACKING ID**

788628909329 ✏ ☆

**FROM**
Saint Louis, MO US

*Label Created*
12/28/23 11:57 AM

**WE HAVE YOUR PACKAGE**
CLINTON TOWNSHIP, MI
1/2/24 6:22 PM

**ON THE WAY**
CLINTON TOWNSHIP, MI
1/2/24 6:24 PM

**OUT FOR DELIVERY**
STERLING HEIGHTS, MI
12/30/23 7:46 AM



**FedEx**

*Delivered*
12/30/23 at 1:54 PM

View travel history

Want updates on this shipment? Enter your email and we will do the rest!

YOUR EMAIL

**SUBMIT**

**MORE OPTIONS**

Manage Delivery

## Shipment facts

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 788628909329 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ⑦ | 12/28/23 |
| **STANDARD TRANSIT** ⑦ | 1/3/24 before 8:00 PM |
| **ACTUAL DELIVERY** | 12/30/23 at 1:54 PM |

### Services

| | |
|---|---|
| **SERVICE** | FedEx Express Saver |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery |

### Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to to



**FedEx.** ☰

Ascending ⌄

Local Scan Time ⌄

**Thursday, 12/28/23**

- 11:57 AM
  **Picked up**
  Tendered at FedEx Office
  ELLISVILLE, MO

- 11:57 AM
  **Shipment information sent to FedEx**

- 11:58 AM
  **Shipment arriving early**
  ELLISVILLE, MO

- 6:27 PM
  **Picked up**
  MAPLEWOOD, MO

- 8:55 PM
  **Left FedEx origin facility**
  MAPLEWOOD, MO

**Friday, 12/29/23**

- 4:16 AM
  **Arrived at FedEx hub**
  CHAMPAIGN, IL

- 9:58 AM
  **Departed FedEx hub**
  CHAMPAIGN, IL

- 8:17 PM
  **Arrived at FedEx hub**
  PERRYSBURG, OH

 

- 7:42 AM
  **At local FedEx facility**
  STERLING HEIGHTS, MI

- 7:46 AM
  **On FedEx vehicle for delivery**
  STERLING HEIGHTS, MI

- 7:46 AM
  **At local FedEx facility**
  Your package is expected to arrive on the scheduled delivery date
  STERLING HEIGHTS, MI

- 1 5  PM
  **Delivered**
  Macomb, MI

- 1:54 PM
  **Delivered**
  Macomb, MI

Tuesday, 1/2/24

- 5:47 PM
  **Delivery exception**
  SHELBY TOWNSHIP, MI

- 5:48 PM
  **Shipment arriving On-Time**
  SHELBY TOWNSHIP, MI

- 6:22 PM
  **Picked up**
  CLINTON TOWNSHIP, MI

- 6:24 PM
  **Shipment arriving early**
  CLINTON TOWNSHIP, MI

↑ Back to to

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner



FOLLOW FEDEX

© FedEx 1995-2023

Site Map   |   Terms of Use   |   Privacy & Security

January 03, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 788628909329

Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | Macomb, MI, |
| | | **Delivery date:** | Dec 30, 2023 13:54 |

Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788628909329 | **Ship Date:** | Dec 28, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| Macomb, MI, US, | Saint Louis, MO, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



FedEx® Tracking

**DELIVERED**

# Thursday

1/4/24 at 10:09 AM

Your package was released as requested and safely delivered.

Signed for by: S.IGNATURE ON FILE

↓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

788629000106 ✎ ☆

**FROM**
Saint Louis, MO US

*Label Created*
12/28/23 11:57 AM

**WE HAVE YOUR PACKAGE**
MAPLEWOOD, MO
12/28/23 6:27 PM

**ON THE WAY**
STERLING HEIGHTS, MI
1/4/24 4:07 AM

**OUT FOR DELIVERY**
STERLING HEIGHTS, MI
1/4/24 4:10 AM

✓ **DELIVERED**
Mount Clemens, MI US

*Delivered*
1/4/24 at 10:09 AM

↓ **View travel history**

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | SUBMIT |
|------------|--------|

**MORE OPTIONS**

Manage Delivery                                                    ⌄

 

## Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 788629000106 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ? | 12/28/23 |
| **STANDARD TRANSIT** ? | 1/4/24 before 5:00 PM |
| **ACTUAL DELIVERY** | 1/4/24 at 10:09 AM |

## Services

| | |
|---|---|
| **SERVICE** | FedEx Express Saver |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

## Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to to

## Travel history  ⌃

| Ascending | ⌄ |
|---|---|
| Local Scan Time | ⌄ |



- 11:57 AM
  **Picked up**
  Tendered at FedEx Office
  ELLISVILLE, MO

- 11:57 AM
  **Shipment information sent to FedEx**

- 11:58 AM
  **Shipment arriving early**
  ELLISVILLE, MO

- 6:27 PM
  **Picked up**
  MAPLEWOOD, MO

- 8:55 PM
  **Left FedEx origin facility**
  MAPLEWOOD, MO

Friday, 12/29/23

- 4:30 AM
  **Arrived at FedEx hub**
  CHAMPAIGN, IL

- 9:58 AM
  **Departed FedEx hub**
  CHAMPAIGN, IL

- 7:49 PM
  **Arrived at FedEx hub**
  PERRYSBURG, OH

Saturday, 12/30/23

- 7:59 AM
  **At local FedEx facility**
  STERLING HEIGHTS, MI

 

- 5:34 AM
  **At local FedEx facility**
  STERLING HEIGHTS, MI

- 5:36 AM
  **Shipment arriving early**
  STERLING HEIGHTS, MI

- 5:40 AM
  **Delay**
  **A request was made to change this delivery date.**
  STERLING HEIGHTS, MI

- 5:40 AM
  **Delay**
  **A request was made to change this delivery date.**
  STERLING HEIGHTS, MI

- 5:41 AM
  **Shipment arriving early**
  STERLING HEIGHTS, MI

Wednesday, 1/3/24

- 8:09 AM
  **At local FedEx facility**
  STERLING HEIGHTS, MI

- 8:35 AM
  **Delay**
  **Business closed- No delivery attempt**
  STERLING HEIGHTS, MI

- 8:36 AM
  **Shipment arriving On-Time**
  STERLING HEIGHTS, MI

Thursday, 1/4/24

- 4:07 AM
  **At local FedEx facility**
  STERLING HEIGHTS, MI

- 4:10 AM
  **On FedEx vehicle for delivery**
  STERLING HEIGHTS, MI

- 10:09 AM
  **Delivered**
  Mount Clemens, MI

↑ Back to to



Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2023

Site Map    |    Terms of Use    |    Privacy & Security

January 03, 2024

Dear Customer,

The fo ow ng s the proof-of-de very for track ng number: 788628833880

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | De vered | Delivered To: | Sh pp ng/Rece v ng |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | De ver Weekday;<br>Res dent a De very | | Sa nt C a r Shores, MI, |
| | | Delivery date: | Dec 30, 2023 12:56 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 788628833880 | Ship Date: | Dec 28, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| Sa nt C a r Shores, MI, US, | Sa nt Lou s, MO, US, |

Proof-of-de very deta s appear be ow; however, no s gnature s ava ab e for th s FedEx Express sh pment
because a s gnature was not requ red.

Thank you for choos ng FedEx

**FedEx Office.**

Address:          5 CLARKSON RD
                  ELLISVILLE
                  MO 63011
Location:         SUSK
Device ID:        -BTC02
Transaction:      940384757707

---

**FedEx Express Saver**
Tracking Number:
788628682106     0.45 lb (S)        11.85
    Declared Value   100
Recipient Address:
    STEPHANIE LAMBERT
    6386 THORNCREST DR
    Bloomfield Hills, MI 48301
    0000000000

Scheduled Delivery Date 1/3/2024

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

**FedEx Express Saver**
Tracking Number:
788628734200     0.45 lb (S)        11.85
    Declared Value   100
Recipient Address:
    STEPHANIE LAMBERT
    1162 HORSESHOE DR
    South Lyon, MI 48178
    0000000000

Scheduled Delivery Date 1/3/2024

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

**FedEx Express Saver**
Tracking Number:
788628833880     0.45 lb (S)        11.85
    Declared Value   100
Recipient Address:
    STEPHANIE LAMBERT
    1057 COUNTRY CLUB DR
    #61
    Saint Clair Shores, MI 48082
    0000000000

Scheduled Delivery Date 1/3/2024

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

**FedEx Express Saver**
Tracking Number:
788628909329     0.45 lb (S)        11.85
    Declared Value   100
Recipient Address:
    STEPHANIE LAMBERT
    19245 TWENTYTHREE MILE RD
    Macomb, MI 48042

**Fedex Express Saver**

```
Tracking Number:
 788629000106    0.45 lb (S)       11.85
      Declared Value    100
Recipient Address:
      MICHAEL SMITH ESQ
      70 MACOMB PLACE
      SUITE 200
      Mount Clemens, MI 48043
      0000000000
```

Scheduled Delivery Date 1/3/2024

Pricing option:
      ONE RATE

Package Information:
      FedEx Envelope

| | |
|---|---|
| Shipment subtotal: | $59.25 |
| **Total Due:** | **$59.25** |
| (S) CreditCard: | $59.25 |

```
M = Weight entered manually
S = Weight read from scale
T = Taxable item
```

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.

Visit us at: **fedex.com**
Or call 1.800.GoFedEx
1.800.463.3339

Dec 28, 2023 11:58:00 AM

---

********* WE LISTEN **********
Tell us how we're doing
& receive a discount on your next order!
**fedex.com/welisten**
Redemption Code: _____

*** Thank you ***

---