

Jonathon Burns <john@burns-law-firm.com>

## 2:23-cv-11718-SJM-APP Apelbaum et al v. Lambert et al
1 message

**Jonathon Burns** <john@burns-law-firm.com>                                                                                              Wed, Jan 3, 2024 at 5:03 PM
To: nrichards@mikesmithlaw.com, msmith@mikesmithlaw.com, rzamp@mikesmithlaw.com, Jonathon Burns <john@burns-law-firm.com>, Todd Stuart <tstuart@stuartlawplc.com>

Attorney Smith

The Court recently ordered that we provide your office with a copy of the Court's Order regarding alternative service of Ms. Lambert and her law practice, along with copies of the summonses and complaint.

Please find those materials attached, herewith.

Thank you,
John

--
Very truly yours,

/s/
John C. Burns
Attorney
P  314 329 5040
F: 314-282-8136
PO Box 191250
St. Louis, MO 63119

Thi  electronic me  age including it  attachment i  from John C. Burn . Thi  electronic communication contain  information that i  confidential and i  protected by the attorney client or attorney work product privilege . If you receive thi  me  age and/or it  attachment  and you are not the intended recipient, promptly delete thi  me  age, and plea e notify the  ender of the delivery error by return e mail.  You are  pecifically in tructed that you may not forward, print, copy or di tribute or u e the information in thi  me  age if you are not the intended de ignated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice ver a.  3. Per on  not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.

**3 attachment**


**ALL SUMMONSES.pdf**
64K

**#1_-_Complaint.pdf**
164K


**#10_-_ORDER Granting Motion for Alternate Service.pdf**
68K