# EXHIBIT 1



Jonathon Burns <john@burns-law-firm.com>

## Stefanie Lambert

**Michael Smith** <msmith@mikesmithlaw.com>                         Wed, Jan 17, 2024 at 3:40 PM
To: Todd Stuart <tstuart@stuartlawplc.com>, Jonathon Burns <john@burns-law-firm.com>
Cc: Michael Smith <msmith@mikesmithlaw.com>, Rebecca Zampaglione <rzamp@mikesmithlaw.com>

Confirmed. Thank you Todd. Mike---

**From:** Todd Stuart <tstuart@stuartlawplc.com>
**Sent:** Wednesday, January 17, 2024 3:39 PM
**To:** Michael Smith <msmith@mikesmithlaw.com>; Jonathon Burns <john@burns-law-firm.com>
**Subject:** Stefanie Lambert

Michael,

 Thanks for the call today and agreeing to accept service on Ms. Lambert's behalf. As we discussed, you will file an answer on or before February 16, 2024, on her behalf. Thanks!

Todd

--

Todd A. Stuart

Attorney at Law

Stuart Law, PLC

429 Turner Ave, NW
Grand Rapids, MI 49504

Mobile: 616.450.9885

Facsimile: 616.588.6131

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 450-9885, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.