# EXHIBIT 2

 Jonathon Burns <john@burns-law-firm.com>

## Re: Lambert Extension

**Todd Stuart** <tstuart@stuartlawplc.com>  Fri, Feb 16, 2024 at 2:00 PM
To: Jacob Perrone <jperrone@mikesmithlaw.com>
Cc: Michael Smith <msmith@mikesmithlaw.com>, Rebecca Zampaglione <rzamp@mikesmithlaw.com>, Jonathon Burns <john@burns-law-firm.com>

Jacob,

I spoke with Mr. Burns and we are willing to provide an extension through next Friday for the Answer.   Thanks!

Todd

On Fri, Feb 16, 2024, 1:32 PM Jacob Perrone <jperrone@mikesmithlaw.com> wrote:
> Please confirm, pursuant to our discussion, your agreement to extend the time for filing responsive documents in the Lambert matter to Tuesday, February 20, 2024.  Thanks for the accommodation. Have a great weekend!!
>
> Sincerely,
>
> **Jacob A. Perrone (P71915)**
> Associate Attorney
> The Law Firm of Michael J. Smith and Associates, PLLC
> City Centre
> 70 Macomb Place, Suite 200
> Mt. Clemens, MI 48043
> Phone: (586) 254-0200
> Fax: (586) 254-0201
>
> image001.png
>
> **This is a transmission from The Law Firm of Michael J. Smith and Associates, PLLC and is intended only for the use of the addressee.**
>
> It may contain information which is privileged, confidential and/or protected by the attorney-client privilege or attorney work product doctrine.  If you are not the intended recipient, please e-mail the sender and destroy all copies of this message and any attachment.  Any disclosure, reproduction, distribution or use of the contents of this message or any attachment thereto is strictly prohibited.
>
> **NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:**
>
> IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments) was not written and is not intended by The Law Firm of Michael J. Smith and Associates, PLLC to be used for the purpose of (i) avoiding penalties imposed by the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein.