# EXHIBIT 3



Jonathon Burns <john@burns-law-firm.com>

## Apelbaum, et al v. Lambert, et al | 2:23-cv-11718

**Jonathon Burns** <john@burns-law-firm.com>  Tue, Feb 20, 2024 at 3:31 PM
To: msmith@mikesmithlaw.com, jperrone@mikesmithlaw.com, rzamp@mikesmithlaw.com, Todd Stuart <tstuart@stuartlawplc.com>, Jonathon Burns <john@burns-law-firm.com>

Mr. Smith:

Please let me know your availability next week for a Rule 26(f) discussion.

I will be largely unavailable Monday through Wednesday.  But I should have availability in the afternoon on both 2/29 and 3/1.

It might be a good idea if we were to both send each other a draft JPSO in advance to make the call go more smoothly.  I will try and have something to you by Tuesday, for your consideration.

Thank you,
John

--
Very truly yours,

/s/
John C. Burns
Attorney
P: 314-329-5040
F: 314-282-8136
PO Box 191250
St. Louis, MO 63119

This electronic message including its attachment is from John C. Burns. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail.  You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.