UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

      Plaintiffs,                                    Case No. 2:23-cv-11718

v.                                                  Hon. Stephen J. Murphy, III
                                                     Hon. Anthony P. Patti

STEFANIE LAMBERT, a Michigan resident, and
THE LAW OFFICE OF STEFANIE L. LAMBERT,
PLLC, a Michigan professional limited liability company
and BILL BACHENBERG, a Pennsylvania resident,

      Defendants.

---

| BURNS LAW FIRM | STUART LAW, PLC |
|---|---|
| John C. Burns | Todd A. Stuart |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| PO Box 191250 | 429 Turner Ave. NW |
| St. Louis, Missouri 63119 | Grand Rapids, MI 49504 |
| P: (314) 329-5040 | Office: 616-284-1658 |
| F: (314) 282-8136 | tstuart@stuartlawplc.com |
| john@burns-law-firm.com | |

---

### DECLARATION OF JOHN C. BURNS, ESQ.

      I, John C. Burns, attorney for Plaintiffs, swear under penalty of perjury that to best of my knowledge, ability and belief, the facts contained in Plaintiffs' Response to the Court's Order to Show Cause of February 16, 2024 (ECF 12) is correct and accurate.

  Dated:      February 20, 2024                          Respectfully submitted,

                                                             /s/ *John C. Burns*
                                                             John C. Burns