UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAACOV APELBAUM and XRVISION, LTD.,

        Plaintiffs,

v.

STEPHANIE LYNN LAMBERT, et al.,

        Defendants.
_____/

Case No. 2:23-cv-11718

HONORABLE STEPHEN J. MURPHY, III

## **SECOND ORDER TO SHOW CAUSE**

In its most recent order, the Court accepted the proposal for alternative service on Defendants Stefanie Lambert, The Law Office of Stefanie L. Lambert, and Bill Bachenberg that was lodged with the Court by Plaintiffs Yaacov Apelbaum and XRVision. ECF 12, PgID 218. The Court considered service effectuated on January 5, 2024. *Id.* Because Defendants failed to answer or otherwise respond to the complaint, the Court ordered Plaintiffs to show cause for why the case should not be dismissed for failure to prosecute. *Id.* Plaintiffs responded to the show cause order and stated that they anticipated Defendants would file their answer on or before February 23, 2024. ECF 13, PgID 220. Defendants did not do so.

The case was filed in July 2023. ECF 1. After months of evading service, *see* ECF 6, and delaying their answer to the complaint, *see* ECF 13, Defendants still have not filed an answer or response. Plaintiff's appropriate recourse is to request the

1

Clerk of the Court to enter Defendants into default and move for default judgment. *See* Fed. R. Civ. P. 55(a). Failure to do so will result in dismissal of the case.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs **SHOW CAUSE no later than March 1, 2024** for why the case should not be dismissed for failure to prosecute.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: February 26, 2024