UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

    Plaintiff(s),

v.

STEFANIE LAMBERT, and THE LAW OFFICE OF
STEFANIE L. LAMBERT, PLLC, et al,

    Defendant(s).
_____/

Case No. 2:23-cv-11718

Stephen J. Murphy, III

Anthony P. Patti

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against STEFANIE LAMBERT & THE LAW OFFICE OF STEFANIE LAMBERT, PLLC for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on January 5, 2024 (see ECF 12) at via alternate serivce (as described in ECF 5, 6, 7, 8, 10, 11, 12, 13, and 14) by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

February 26, 2024

/s/ John C. Burns

John C. Burns
PO Box 191250
Saint Louis, MO 63119
P: (314) 329-5040
john@burns-law-firm.com