UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

            Plaintiff(s),

v.                                        Case No. 2:23–cv–11718–SJM–APP
                                          Hon. Stephen J. Murphy III

Stephanie Lynn Lambert, et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Stephanie Lynn Lambert, The Law Office of Stefanie L. Lambert, PLLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ D. Allen
                                                  Deputy Clerk

Dated:  February 27, 2024