UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

                        Plaintiff(s),

v.                                              Case No. 2:23-cv-11718-RJW-APP
                                                       Hon. Robert J. White

Stephanie Lynn Lambert, et al.,

                        Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Robert J. White as follows:

- STATUS CONFERENCE:  October 16, 2024 at 10:30 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Tara Villereal
                                                           Case Manager

Dated:   October 3, 2024