# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

YAACOV APELBAUM, a New York resident, and XRVISION, LTD., a New York corporation,

Case No. 2:23-cv-11718

Hon. Stephen J. Murphy, III

Plaintiffs,

v.

STEFANIE LAMBERT, a Michigan resident, and
THE LAW OFFICE OF STEFANIE L. LAMBERT, PLLC,
A Michigan professional limited liability company
And BILL BACHENBERG, a Pennsylvania resident,

Defendants.

_____/

| | |
|---|---|
| **BURNS LAW FIRM** | **THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC** |
| John C. Burns* | Michael J. Smith (P36706) |
| Attorneys for Plaintiffs | Jamal R. Harris (P63835) |
| PO Box 191250 | John H. Mott (P81990) |
| St. Louis, Missouri 63119 | Attorneys for Defendant Bill Bachenberg |
| (314) 329-5040 | 70 Macomb Place, Suite 200 |
| TBLF@pm.me | Mt. Clemens, MI 48043 |
| *admission to the Eastern District Of Michigan pending | (586) 254-0200 |
| | msmith@mikesmithlaw.com |
| **STUART LAW, PLC** | jharris@mikesmithlaw.com |
| Todd A. Stuart | jmott@mikesmithlaw.com |
| Attorneys for Plaintiffs | |
| 429 Turner Ave. NW | |
| Grand Rapids, MI 49504 | |
| (616) 284-1658 | |
| tstuart@stuartlawplc,com | |

_____/

*THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200*

## THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC'S MOTION TO WITHDRAW REPRESENTATION OF DEFENDANT BILL BACHENBERG

NOW COMES, The Law Firm of Michael J. Smith and Associates, PLLC, counsel for Defendant Bill Bachenberg, only, and for its Motion to Withdraw Representation states onto this Honorable Court the following:

1. Plaintiffs filed the instant matter on July 18, 2023, against, in part, Defendant Bill Bachenberg. **ECF No. 1**.

2. Defendant Bill Bachenberg, by and through his retained counsel, The Law Firm of Michael J. Smith and Associates, PLLC (hereinafter "The Law Firm"), filed his response to Plaintiffs' Complaint on November 22, 2023. **ECF No. 9**.

3. Since this date, the parties have exchanged/conducted discovery despite this matter being very intricate and now almost two (2) years old. Additionally, the parties have submitted a fourth request for adjournment of the scheduling order dates and it is understood there is still a landslide of information to sift through and digest.

4. Further, the parties entered into Early Dispute Resolution with Attorney Michael Latiff which took several months.

5. Prior to a recently conducted deposition, the undersigned counsel gained information that Defendant Stephanie Lambert was potentially impeding the representation of Defendant Bachenberg and The Law Firm through a letter that came

from Defendant Bachenberg's email, to the extent that Defendant Bachenberg ceased all communications with The Law Firm beginning May 19, 2025, through current.

6. On or about April 28, 2025, Defendant Bachenberg was elected as the President of the National Rifle Association, and it was around this time that The Law Firm believes that Defendant Lambert communicated with Defendant Bachenberg and he began to distance himself from The Law Firm. Prior to this, communication was excellent between The Law Firm and Defendant Bachenberg.

7. In the last eight (8) days, The Law Firm has attempted to contact Defendant Bachenberg via emails, text messages and phone calls, to no avail.

8. In that time, Defendant Bachenberg has responded to only one (1) text message indicating that he would call The Law Firm but never did and has yet to do so.

9. Accordingly, there has been a breakdown in attorney-client communications to the extent that The Law Firm can no longer effectively represent Defendant Bachenberg. Other good cause for withdrawal exists as the representation will result in violation of the Rules of Professional Conduct or other law(s) because counsel's performance will be hindered by the breakdown in the attorney-client relationship and/or the actions of Defendant Lambert.

10. Local Rule 83.25 allows an attorney to withdraw representation only on order of the Court. *See also MRPC 1.16(c).*

11.   Courts may still forbid withdrawal if it would "work severe prejudice on the client or third parties." *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009) (citing *Fid. Nat. Title Ins. Co. of New York v. Intercounty Nat. Title Ins. Co.*, 310 F.3d 537, 541 (7th Cir. 2002)).

12.   Defendant Bachenberg will suffer little to no prejudice should this Honorable Court grant The Law Firm's reasonable request for withdrawal.

13.   The Law Firm has given Defendant Bachenberg written notice of its intention to withdraw. *See MRPC 1.16(d)*.

>
> Respectfully submitted,
> THE LAW FIRM OF MICHAEL J. SMITH
> AND ASSOCIATES, PLLC
>
> /s/ Michael J. Smith
> Michael J. Smith (P36706)
> Jamal R. Harris (P63835)
> John H. Mott (P81990)
> Attorney for Defendant BACHENBERG
> 70 Macomb Place, Suite 200
> Mt. Clemens, Michigan 48043
> (586) 254-0200

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| YAACOV APELBAUM, a New York resident, and XRVISION, LTD., a New York corporation, | Case No. 2:23-cv-11718 |
| | Hon. Stephen J. Murphy, III |
| Plaintiffs, | |
| v. | |
| STEFANIE LAMBERT, a Michigan resident, and THE LAW OFFICE OF STEFANIE L. LAMBERT, PLLC, A Michigan professional limited liability company And BILL BACHENBERG, a Pennsylvania resident, | |
| Defendants. | |

/

| | |
|---|---|
| **BURNS LAW FIRM** | **THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC** |
| John C. Burns* | Michael J. Smith (P36706) |
| Attorneys for Plaintiffs | Jamal R. Harris (P63835) |
| PO Box 191250 | John H. Mott (P81990) |
| St. Louis, Missouri 63119 | Attorneys for Defendant Bill Bachenberg |
| (314) 329-5040 | |
| TBLF@pm.me | 70 Macomb Place, Suite 200 |
| *admission to the Eastern District Of Michigan pending | Mt. Clemens, MI 48043 |
| | (586) 254-0200 |
| **STUART LAW, PLC** | msmith@mikesmithlaw.com |
| Todd A. Stuart | jharris@mikesmithlaw.com |
| Attorneys for Plaintiffs | jmott@mikesmithlaw.com |
| 429 Turner Ave. NW | |
| Grand Rapids, MI 49504 | |
| (616) 284-1658 | |
| tstuart@stuartlawplc,com | |

/

*The Law Firm of Michael J. Smith and Associates, PLLC (586) 254-0200*

# **BRIEF IN SUPPORT OF THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC'S MOTION TO WITHDRAW REPRESENTATION OF DEFENDANT BILL BACHENBERG**

NOW COMES, The Law Firm of Michael J. Smith and Associates, PLLC, and for its Brief in Support its Motion to Withdraw Representation, relies upon the facts and arguments as set forth in the accompanying motion, as well as any and all applicable Fed. R. Civ. P., L.R., M.R.P.C., and precedent.

Respectfully submitted,

                                      THE LAW FIRM OF MICHAEL J. SMITH
                                      AND ASSOCIATES, PLLC

                                      /s/ Michael J. Smith
                                      Michael J. Smith (P36706)
                                      Jamal R. Harris (P63835)
                                      John H. Mott (P81990)
                                      Attorney for Defendant BACHENBERG
                                      70 Macomb Place, Suite 200
                                      Mt. Clemens, Michigan 48043
                                      (586) 254-0200

*THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC (586) 254-0200*