UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YAACOV APEALBAUM, ET AL.,

        Plaintiffs,

                                      HON. ROBERT WHITE
                                      Case No. 23-CV-11718

vs.

BILL BACHENBERG ET AL.,

        Defendants.
_____/

**Jonathon Christian Burns**
Burns Law Firm
PO Box 191250
Saint Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email: john@burns-law-firm.com

**Todd A. Stuart**
Stuart Law, PLC
2851 Charlevoix Dr SE
Ste 207
Grand Rapids, MI 49546
616-450-9885
Email: tstuart@stuartlawplc.com

**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501

**Michael J. Smith**
Michael J Smith Assoc
12900 Hall Road
Suite 300
Sterling Heights, MI 48313
(586) 254-0200
Fax: (586) 254-0201
Email: msmith@mikesmithlaw.com

LIMITED APPEARANCE OF COUNSEL ON BEHALF OF BILL BACHENBERG

PLEASE TAKE NOTICE Thomas Siver of Siver & Associates, PLLC is entering their Limited Appearance as counsel for Defendant BILL BACHENBERG. Mr. Bachenberg wants Mr. Siver to represent him at the June 2, 2025 status conference.

June 2, 2025

Respectfully submitted,

/s/ Thomas D. Siver
**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501

CERTIFICATE OF SERVICE

I hereby certify on June 2, 2025, I electronically filed the foregoing document (Limited Appearance) with the Clerk of the Court using the ECF system, which will send notification of such filing to Mr. Jonathan Burns, Mr. Todd Stuart, and Mr. Smith.

Date: June 2, 2025

/s/ Thomas D. Siver