# EXHIBIT 1-B

---------- Forwarded message ----------
From: Thomas D. Siver <tsiver@siverlaw.com>
Date: On Thu, Jun 12, 2025 at 3:12 PM
Subject: Fw: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Firm Burns Law <tblf@pm.me>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Firm Burns Law <tblf@pm.me>
I was informed the wire went successfully around 2:30 3 o'clock my time 130 2 o'clock yours. Please confirm please let me know when the order will be uploaded to the court.
Sent from my iPhone

> On Jun 12, 2025, at 12:28 PM, Burns Law Firm <tblf@pm.me> wrote:
>
>
> Hi Tom:
>
> As soon as I have confirmation of the funds transfer I send you the form.
>
> Do you anticipate the transfer will occur today?
>
> Thank you,
> John
>
>
> On Thu, Jun 12, 2025 at 6:05 AM, Thomas D. Siver < tsiver@siverlaw.com> wrote:
>> Need the signed document for filing
>> Sent from my iPhone
>>
>>
>>> On Jun 11, 2025, at 9:29 PM, Burns Law Firm <tblf@pm.me> wrote:
>>>
>>>
>>> Hi Tom:
>>>
>>> For the wire, please send resolution funds to



Happy to file the dismissal as to your client upon receipt of the funds.

Thanks,
John

On Wed, Jun 11, 2025 at 5:43 PM, Thomas D. Siver <
tsiver@siverlaw.com> wrote:

> Good Day!
>
> Please find attached the proposed order I would like you to review, and we can file.
>
> Please provide your wire information so I can have the demand funds immediately transferred.
>
> Very truly yours,
> Tom Siver
> Attorney at Law
> (517)712-2331

---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Thu, Jun 12, 2025 at 8:43 PM
Subject: Fw: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>
Hi Tom:

As we just discussed on the phone, I checked the trust account.  The transfer was initiated but is being held by the bank.  I will call them first thing in the morning to see what the deal is. I suspect that they are placing a brief hold on the funds simply because of the size of the transfer.

Im authorized by my client to file the dismissal as soon as the funds clear.

As I said earlier, I'm sensitive to your client's position.  As soon as I get the lay of the land tomorrow w the bank I'll ping you.

Thanks,
John
[Quoted text hidden]

---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Thu, Jun 12, 2025 at 8:43 PM
Subject: Fw: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>
Hi Tom:

As we just discussed on the phone, I checked the trust account.  The transfer was initiated but is being held by the bank.  I will call them first thing in the morning to see what the deal is. I suspect that they are placing a brief hold on the funds simply because of the size of the transfer.

Im authorized by my client to file the dismissal as soon as the funds clear.

As I said earlier, I'm sensitive to your client's position.  As soon as I get the lay of the land tomorrow w the bank I'll ping you.

Thanks,
John

On Thu, Jun 12, 2025 at 4:12 PM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

> I was informed the wire went successfully around 2:30 3 o'clock my time 130 2 o'clock yours.
> Please confirm please let me know when the order will be uploaded to the court.
> Sent from my iPhone

>> On Jun 12, 2025, at 12:28 PM, Burns Law Firm <tblf@pm.me> wrote:

>> Hi Tom:

>> As soon as I have confirmation of the funds transfer I send you the form.

>> Do you anticipate the transfer will occur today?

>> Thank you,
>> John

>>> On Thu, Jun 12, 2025 at 6:05 AM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

>>> Need the signed document for filing

Sent from my iPhone

On Jun 11, 2025, at 9:29 PM, Burns Law Firm
<tblf@pm.me> wrote:


Hi Tom:

For the wire, please send resolution funds █████

███████████████████

█████████████████████████

████████

████████████████████

████  ████████

██████████  ████████

Happy to file the dismissal as to your client upon
receipt of the funds.

Thanks,
John

On Wed, Jun 11, 2025 at 5:43 PM, Thomas D. Siver
< tsiver@siverlaw.com> wrote:

Good Day!

Please find attached the
proposed order I would like
you to review, and we can file.

Please provide your wire
information so I can have the
demand funds immediately
transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331



---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Thu, Jun 12, 2025 at 11:28 AM
Subject: Fw: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>
Hi Tom:

As soon as I have confirmation of the funds transfer I send you the form.

Do you anticipate the transfer will occur today?

Thank you,
John


On Thu, Jun 12, 2025 at 6:05 AM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

Need the signed document for filing
Sent from my iPhone


On Jun 11, 2025, at 9:29 PM, Burns Law Firm <tblf@pm.me> wrote:


Hi Tom:

For the wire, please send resolution funds ███████████████████



Happy to file the dismissal as to your client upon receipt of the funds.

Thanks,
John

On Wed, Jun 11, 2025 at 5:43 PM, Thomas D. Siver < tsiver@siverlaw.com>
wrote:

Good Day!

Please find attached the proposed order I would like
you to review, and we can file.

Please provide your wire information so I can have
the demand funds immediately transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

                Plaintiffs,

                              HON. ROBERT WHITE
                              Case No. 23-CV-11718

vs.

BILL BACHENBERG ET AL.,

                Defendants.
_____/

**John C. Burns**
Burns Law Firm
PO Box 191250
Saint Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email: TBLF@pm.me

**Todd A. Stuart**
Stuart Law, PLC
429 Turner Ave. NW
Grand Rapids, MI 49504
Office: 616-284-1658
Email: tstuart@stuartlawplc.com

**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501
616-261-5800
Email:  tsiver@siverlaw.com

**Michael J. Smith**
Michael J Smith Assoc
12900 Hall Road
Suite 300
Sterling Heights, MI 48313
(586) 254-0200
Fax: (586) 254-0201
Email: msmith@mikesmithlaw.com

<u>ORDER OF DISMISSAL WITH PREJUDICE</u>

This Court finds that Defendant Bill Bachenberg has satisfied the $500,00.00

demand, and this case is now closed and dismissed with prejudice.


Honorable Robert White

June 11, 2025


Approved:


_____          _____
John C. Smith                            Thomas D. Siver
Plaintiff                                Defendant

---------- Forwarded message ---------
From: **Thomas D. Siver** <tsiver@siverlaw.com>
Date: Wed, Jun 11, 2025 at 10:54 PM
Subject: Siver & Associates, PLLC: Re: 2:23-cv-11718 on behalf of Bill Bachenberg
To: TBLF@pm.me <TBLF@pm.me>, Todd Stuart <tstuart@stuartlawplc.com>
Cc: msmith@mikesmithlaw.com <msmith@mikesmithlaw.com>

Good Day!

Attached is the word version.  It is my understanding the judge requires the order in word.  Please place your digital signature on the proposed attached order.  And I will file this matter tomorrow.  I look forward to receiving your wire information into your trust account.  Thank you for your time and consideration.

Very truly yours,
Tom Siver
(616)261-5800

---

**From:** Thomas D. Siver
**Sent:** Wednesday, June 11, 2025 5:43 PM
**To:** TBLF@pm.me <TBLF@pm.me>; Todd Stuart <tstuart@stuartlawplc.com>
**Cc:** msmith@mikesmithlaw.com <msmith@mikesmithlaw.com>
**Subject:** 2:23-cv-11718 on behalf of Bill Bachenberg

Good Day!

Please find attached the proposed order I would like you to review, and we can file.

Please provide your wire information so I can have the demand funds immediately transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331


--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541

Stuart Law PLC

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

---

**David - ORDER OF DISMISSAL ver 2.docx**
16K

---------- Forwarded message ----------
From: Thomas D. Siver <tsiver@siverlaw.com>
Date: On Wed, Jun 11, 2025 at 4:43 PM
Subject: Fw: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: TBLF@pm.me <TBLF@pm.me>,Todd Stuart <tstuart@stuartlawplc.com>
Cc: msmith@mikesmithlaw.com <msmith@mikesmithlaw.com>
Good Day!

Please find attached the proposed order I would like you to review, and we can file.

Please provide your wire information so I can have the demand funds immediately transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331

**David - ORDER OF DISMISSAL ver 2.pdf**
57K

---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Wed, Jun 11, 2025 at 6:51 PM
Subject: Fw: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>
Hi Tom:

My client accepts your client's offer to resolve the dispute.

I will get you my trust account information either later this evening or first thing in the morning, for the funds transfer.

Thank you,
John


On Wed, Jun 11, 2025 at 5:43 PM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

Good Day!

Please find attached the proposed order I would like you to review, and we can file.

Please provide your wire information so I can have the demand funds immediately transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331

███████████████████████████████████████

## Bachenberg Dimissal

**Todd Stuart** <tstuart@stuartlawplc.com>                                        Fri, Jun 13, 2025 at 1:46 PM
To: Tom Siver <TSiver@siverlaw.com>, Jonathon Burns █████████████, Michael Smith <msmith@mikesmithlaw.com>

Tom, Mike and Jonathon,
 Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!

Todd

--



**Todd A Stuart**

Founder and Managing Member

Stuart Law, PLC

Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

---

📄 **2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf**
131K

## Siver & Associates, PLLC: Re: Bachenberg Dimissal

3 messages

**Thomas D. Siver** <tsiver@siverlaw.com>                                  Fri, Jun 13, 2025 at 1:55 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ███████████████████, Michael Smith <msmith@mikesmithlaw.com>

Good day!

First the 500k needs to reference it is being paid pursuant to the demand.  My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.

Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.

Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.

Tom Siver
616-261-5800


Sent from my iPhone

> On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


> Tom, Mike and Jonathon,
>  Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!
>
> Todd
>
> --



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.
<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

---

**Todd Stuart** <tstuart@stuartlawplc.com>                              Fri, Jun 13, 2025 at 2:12 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>
Cc: Jonathon Burns ██████████████████, Michael Smith <msmith@mikesmithlaw.com>

Updated draft
[Quoted text hidden]

---

📄 **2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx**
21K

---

**Todd Stuart** <tstuart@stuartlawplc.com>                              Fri, Jun 13, 2025 at 2:14 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>
Cc: Jonathon Burns ██████████████████, Michael Smith <msmith@mikesmithlaw.com>

Sorry, corrected Mr. Bachenberg's name spelling. Thanks!

Todd
[Quoted text hidden]

---

📄 **2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx**
21K

████████████████████████████████████████████████

## Siver & Associates, PLLC: RE: Siver & Associates, PLLC: Re: Bachenberg Dimissal

1 message

Thomas D. Siver <tsiver@siverlaw.com>                    Fri, Jun 13, 2025 at 3:05 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ██████████████████, Michael Smith <msmith@mikesmithlaw.com>

Once again, please call me; however, attached is the simple order with your caption changes and in a form which we all approved the other day prior to the funds being sent. For convenience I have attached todays as well as the original order the parties agreed too,


Please call me at (616)261-5800

Thanks,

Tom


---

**From:** Todd Stuart <tstuart@stuartlawplc.com>
**Sent:** Friday, June 13, 2025 2:14 PM
**To:** Thomas D. Siver  tsiver@siverlaw.com>
**Cc:** Jonathon Burns ████████████ Michael Smith <msmith@mikesmithlaw.com>
**Subject:** Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal


Sorry, corrected Mr. Bachenberg's name spelling. Thanks!


Todd


On Fri, Jun 13, 2025 at 2:12 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:

Updated draft


On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:

Good day!


First the 500k needs to reference it is being paid pursuant to the demand. My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.


Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.

Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.


Tom Siver

616-261-5800



Sent from my iPhone


On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


Tom, Mike and Jonathon,

 Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!


Todd


--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC


Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

.

<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

.

--

**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

.

**2 attachments**

**David - ORDER OF DISMISSAL 20250613TDSv2.docx**
17K

**ORDER OF DISMISSAL ver 2.docx**
21K

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York
corporation,

|  |  |
|---|---|
| Plaintiffs, | Case No. 2:23-cv-11718 |
| v. | Hon. Robert J. White |

STEPHANIE LAMBERT, a Michigan resident,
and THE LAW OFFICE OF STEPHANIE L
LAMBERT, PLLC, A Michigan professional
limited liability company, and BILL
BACHENBERG, a Pennsylvania resident,

Defendants.

---

**BURNS LAW FIRM**
John C. Burns
Attorneys for Plaintiffs
PO Box 191250
St. Louis, Missouri 63119
(314) 329-5040
TBLF@pm.me

**STUART LAW PLC**
Todd A. Stuart (P70187)
Attorneys for Plaintiff
2851 Charlevoix Dr SE, STE 207
Grand Rapids, MI 49546
Mailing: 5557 28th Street SE
STE B 328, Grand Rapids, MI 49512
(616) 209-9270
tstuart@stuartlawplc.com

**THE LAW FIRM OF MICHAEL J.
SMITH AND ASSOCIATES, PLLC**
Michael J. Smith (P36706)
Jamal R. Harris (P63835)
John H. Mott (P81990)
Attorneys for Defendant Bill Bachenberg
70 Macomb Place, Suite 200
Mt. Clemens, MI 48043
(586) 254-0200
msmith@mikesmithlaw.com
jharris@mikesmithlaw.com
jmott@mikesmithlaw.com

**SIVER AND ASSOCIATES, PLC**
Thomas D. Siver (P69751)
Attorneys for Defendant Bill Bachenburg
PO Box 3253
Grand Rapids, MI 49501
(616) 261-5800
tsiver@siverlaw.com

---

<u>ORDER OF DISMISSAL WITH PREJUDICE</u>
<u>AGAINST DEFENDANT BILL BACHENBERG</u>

This Court finds Defendant Bill Bachenberg has satisfied the $500,00.00

demand, and dismisses this matter with prejudice against Defendant Bill

Bachenberg.

This order resolves the last pending claim, and closes this case.

Honorable Robert White

June 11, 2025

Approved:

_____        _____
John C. Smith                            Thomas D. Siver
Plaintiff                                Defendant

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN


YAACOV APELBAUM, a New Youk resident,
and XRVISION, LTD., a New Your corporation,

               Plaintiffs,

                                   HON. ROBERT WHITE
                                   Case No. 23-CV-11718

vs.


BILL BACHENBERG ET AL.,

               Defendants.

_____/

**Johon C. Burns**
Burns Law Firm
PO Box 191250
Saint Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email:

**Todd A. Stuart**
Stuart Law, PLC

429 Turner Ave. NW
Grand Rapids, MI 49504
Office: 616-284-1658
Email: tstuart@stuartlawplc.com

**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501
(616)261-5800
Email:  tsiver@siverlaw.com

**Michael J. Smith**
Michael J Smith Assoc
12900 Hall Road
Suite 300
Sterling Heights, MI 48313
(586) 254-0200

Fax: (586) 254-0201
Email: msmith@mikesmithlaw.com


## ORDER OF DISMISSAL WITH PREJUDICE

This Court finds Defendant Bill Bachenberg has satisfied the $500,00.00 demand, and this case is now closed and dismissed with prejudice.


Honorable Robert White

June 11, 2025


Acknowledged:


Plaintiff's Counsel                              Defendant's Counsel

███████████████████████████████████████████

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal

4 messages

---

**Thomas D. Siver** <tsiver@siverlaw.com>                                      Fri, Jun 13, 2025 at 2:27 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns █████████████    Michael Smith <msmith@mikesmithlaw.com>

   Good day!

   Finally this order is the last order and closes the case.  No part of this case is left open as bill is the last active defendant.

   The language should be:
   This order resolves the last pending claim and closes the case.

   You agreed to my language in my order I had sent to you and I sent the funds.  You requested the ability to change only the attorney names and addresses  it he caption. It is my understanding you have defaulted the other parties therefore the case is over with bill resolving your claims against him.

   Please make the changes and resubmit to me for approval. Or in the alternative sign my order.

   Tom Siver
   Sent from my iPhone

        On Jun 13, 2025, at 2:13 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


        Updated draft

        On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
           Good day!

           First the 500k needs to reference it is being paid pursuant to the demand.  My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.

           Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.

           Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.

           Tom Siver
           616-261-5800


           Sent from my iPhone

                On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


                Tom, Mike and Jonathon,
                 Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!

                Todd

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.
<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.
<2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx>

---

**Thomas D. Siver** <tsiver@siverlaw.com>                                  Fri, Jun 13, 2025 at 2:36 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ████████████████, Michael Smith <msmith@mikesmithlaw.com>

Trying to reach out to you guys - someone please call me at 6162615800
Sent from my iPhone

On Jun 13, 2025, at 2:14 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:

Sorry, corrected Mr. Bachenberg's name spelling. Thanks!

Todd
[Quoted text hidden]

---

**Thomas D. Siver** <tsiver@siverlaw.com>                                  Fri, Jun 13, 2025 at 4:29 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ████████████████ Michael Smith <msmith@mikesmithlaw.com>

Good day!

Struggling to have a conversation with my client.

Is there a time we can have a call Monday.

Very truly tryouts,
Tom Siver
[Quoted text hidden]

---

**Todd Stuart** <tstuart@stuartlawplc.com>                                  Fri, Jun 13, 2025 at 4:52 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>
Cc: Jonathon Burns ████████████████ Michael Smith <msmith@mikesmithlaw.com>

I will make time. Let me know what works for everyone else. Have a great weekend everyone!
[Quoted text hidden]

███████████████████████████████████

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal

4 messages

**Thomas D. Siver** <tsiver@siverlaw.com>                                   Mon, Jun 16, 2025 at 4:07 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ███████████████    Michael Smith <msmith@mikesmithlaw.com>

Bill is traveling and I am hoping to be able to get some time with him tomorrow.....thoughts on a time?
Sent from my iPhone


On Jun 13, 2025, at 4:53 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


I will make time. Let me know what works for everyone else. Have a great weekend everyone!

On Fri, Jun 13, 2025 at 4:29 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
Good day!

Struggling to have a conversation with my client.

Is there a time we can have a call Monday.

Very truly tryouts,
Tom Siver
Sent from my iPhone


On Jun 13, 2025, at 2:14 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:


Sorry, corrected Mr. Bachenberg's name spelling. Thanks!

Todd

On Fri, Jun 13, 2025 at 2:12 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:
Updated draft

On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
Good day!

First the 500k needs to reference it is being paid pursuant to the demand.  My initial
proposed order was sufficient and John agreed to it with only attorney names and
addresses being changed.

Second this order is only for bill and he doesn't speak for attorney lambert and doesn't
need to make reference to her case.

Therefore please immediately make the changes and forward for approval.  Finally,
judge requires this order in word not pdf.

Tom Siver
616-261-5800


Sent from my iPhone

On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com>
wrote:

Tom, Mike and Jonathon,
 Here is what we have for the cleaned up draft. Can I confirm everyone is
in agreement and we will get this filed ASAP? Thanks!

Todd

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix
Dr SE #207, Grand Rapids, MI
49546
Mailings: 5557 28th Street SE,
STE B 328, Grand Rapids, MI
49512
(616) 202-6541
Stuart Law PLC

Notice of Confidentiality: This message, including any
attachments, is confidential and may be privileged. If you have
received it by mistake, please notify the sender by return email
or by telephone at (616) 202-6541, and delete this message from
your system.  Your assistance in correcting this error is
appreciated.

IRS Required Notice: To ensure compliance with IRS regulations,
we inform you that any tax advice contained in this
communication, including any attachments, is not intended or
written to be used, and cannot be used, for the purpose of (i)
avoiding tax penalties or (ii) promoting, marketing or
recommending to another party any transaction or matter
addressed herein.
.
<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of
Bachenburg.pdf>

--

**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC



Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC

 

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC

   

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

<2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

---

**Jonathon Burns** ▓▓▓▓▓▓▓▓▓▓                                     Mon, Jun 16, 2025 at 4:33 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>, Jonathon Burns ▓▓▓▓▓▓▓▓▓▓
Cc: Todd Stuart <tstuart@stuartlawplc.com>, Michael Smith <msmith@mikesmithlaw.com>

Hi Tom:

I am good to chat sometime in the later afternoon tomorrow.  Not sure what Todd's schedule is like.

Thanks,
John
[Quoted text hidden]
--
Very truly yours,

/s/
John C. Burns
Attorney
P: 314-329-5040
PO Box 191250
St. Louis, MO 63119

This electronic message including its attachment is from John C. Burns. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail.  You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following:  1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.

---

**Todd Stuart** <tstuart@stuartlawplc.com>                                                    Mon, Jun 16, 2025 at 4:51 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>
Cc: Jonathon Burns ████████████████      Michael Smith <msmith@mikesmithlaw.com>

Hey Tom,
 I have a hearing up north that will be all consuming tomorrow. Jon has a court of appeals hearing, so I am not sure on his availability. Thanks!

Todd
[Quoted text hidden]

---

**Jonathon Burns** ████████████████                                                    Tue, Jun 17, 2025 at 1:10 PM
To: Todd Stuart <tstuart@stuartlawplc.com>, Jonathon Burns ████████████████
Cc: "Thomas D. Siver" <tsiver@siverlaw.com>, Michael Smith <msmith@mikesmithlaw.com>

Hi Tom:

Just checking in - we doing a call this afternoon?

Thanks,
John
[Quoted text hidden]
[Quoted text hidden]

██████████████████████████████████████

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal
1 message

---

**Thomas D. Siver** <tsiver@siverlaw.com>                                        Tue, Jun 17, 2025 at 4:51 PM
To: Jonathon Burns ████████████████████
Cc: Todd Stuart <tstuart@stuartlawplc.com>, Michael Smith <msmith@mikesmithlaw.com>, Jonathon Burns ████████████
███████████

Still attempting to get time with Bill - hopefully I can connect with him soon (tonight).  I will be in touch hopefully tomorrow.

Tom Siver
616-261-5800
Sent from my iPhone

> On Jun 17, 2025, at 1:11 PM, Jonathon Burns ████████████████ wrote:

> Hi Tom:

> Just checking in - we doing a call this afternoon?

> Thanks,
> John

> On Mon, Jun 16, 2025 at 4:51 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:
>> Hey Tom,
>>  I have a hearing up north that will be all consuming tomorrow. Jon has a court of appeals hearing, so I am not sure on his availability. Thanks!

>> Todd

>> On Mon, Jun 16, 2025 at 4:07 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>>> Bill is traveling and I am hoping to be able to get some time with him tomorrow…..thoughts on a time?
>>> Sent from my iPhone

>>>> On Jun 13, 2025, at 4:53 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:

>>>> I will make time. Let me know what works for everyone else. Have a great weekend everyone!

>>>> On Fri, Jun 13, 2025 at 4:29 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>>>>> Good day!

>>>>> Struggling to have a conversation with my client.

>>>>> Is there a time we can have a call Monday.

>>>>> Very truly tryouts,
>>>>> Tom Siver
>>>>> Sent from my iPhone

On Jun 13, 2025, at 2:14 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:

Sorry, corrected Mr. Bachenberg's name spelling. Thanks!

Todd

On Fri, Jun 13, 2025 at 2:12 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:
> Updated draft
>
> On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>> Good day!
>>
>> First the 500k needs to reference it is being paid pursuant to the demand.  My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.
>>
>> Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.
>>
>> Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.
>>
>> Tom Siver
>> 616-261-5800
>>
>>
>> Sent from my iPhone
>>
>>> On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>>>
>>>
>>> Tom, Mike and Jonathon,
>>>  Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!
>>>
>>> Todd
>>>
>>> --



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments:
2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE,

STE B 328,
Grand Rapids, MI
49512
(616) 202-6541
Stuart Law PLC

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.
<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC


Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

<2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

--
Very truly yours,

/s/
John C. Burns
Attorney
P: 314-329-5040
PO Box 191250
St. Louis, MO 63119

This electronic message including its attachment is from John C. Burns. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail.  You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.