UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

YAACOV APELBAUM, a New York resident, and XRVISION, LTD., a New York corporation,

       Plaintiffs,

v.

STEPHANIE LAMBERT, a Michigan resident, and THE LAW OFFICE OF STEPHANIE L LAMBERT, PLLC, A Michigan professional limited liability company, and BILL BACHENBERG, a Pennsylvania resident,

       Defendants.

Case No. 2:23-cv-11718

Hon. Robert J. White

---

| | |
|---|---|
| **BURNS LAW FIRM**<br>John C. Burns<br>Attorneys for Plaintiffs<br>PO Box 191250<br>St. Louis, Missouri 63119<br>(314) 329-5040<br>TBLF@pm.me<br><br>**STUART LAW PLC**<br>Todd A. Stuart (P70187)<br>Attorneys for Plaintiff<br>2851 Charlevoix Dr SE, STE 207<br>Grand Rapids, MI 49546<br>Mailing: 5557 28th Street SE<br>STE B 328, Grand Rapids, MI 49512<br>(616) 209-9270<br>tstuart@stuartlawplc.com | **THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC**<br>Michael J. Smith (P36706)<br>Jamal R. Harris (P63835)<br>John H. Mott (P81990)<br>Attorneys for Defendant Bill Bachenberg<br>70 Macomb Place, Suite 200<br>Mt. Clemens, MI 48043<br>(586) 254-0200<br>msmith@mikesmithlaw.com<br>jharris@mikesmithlaw.com<br>jmott@mikesmithlaw.com<br><br>**SIVER AND ASSOCIATES, PLC**<br>Thomas D. Siver (P69751)<br>Attorneys for Defendant Bill Bachenberg<br>PO Box 3253<br>Grand Rapids, MI 49501<br>(616) 261-5800<br>tsiver@siverlaw.com |

THE TICKTIN LAW GROUP
David L Perry II (1045902)
Attorneys for Defendants, Stefanie Lambert, The Law Office of Stefanie L. Lambert, PLLC, and Bill Bachenberg.
270 SW Natura Avenue
Deerfield Beach, FL 33441
(954) 570-6757
DPerry@LegalBrains.com
Serv514@LegalBrains.com

## MEMORANDUM IN SUPPORT OF MOTION
## TO DISMISS DEFENDANT BILL BACHENBERG WITH PREJUDICE

Now Come Plaintiffs, Yaacov Apelbaum and XRVision, Ltd., by and through their undersigned counsel, hereby and state for their Brief in Support of their Motion to Dismiss Defendant Bill Bachenberg with Prejudice that Plaintiffs rely on the facts and law set forward in the Motion to Dismiss Defendant Bill Bachenberg with Prejudice.

Respectfully Submitted

/s/ John C. Burns
John C. Burns
Attorneys for Plaintiffs
PO Box 191250
St. Louis, Missouri 63119
(314) 329-5040
TBLF@pm.me

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 18, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ John C. Burns*