---------- Forwarded message ----------
From: Thomas D. Siver <tsiver@siverlaw.com>
Date: On Wed, Jun 11, 2025 at 4:43 PM
Subject: Fw: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: TBLF@pm.me <TBLF@pm.me>,Todd Stuart <tstuart@stuartlawplc.com>
Cc: msmith@mikesmithlaw.com <msmith@mikesmithlaw.com>

Good Day!

Please find attached the proposed order I would like you to review, and we can file.

Please provide your wire information so I can have the demand funds immediately transferred.

Very truly yours,
Tom Siver
Attorney at Law
(517)712-2331

---

📄 David - ORDER OF DISMISSAL ver 2.pdf
57K

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

    Plaintiffs,

              HON. ROBERT WHITE
              Case No. 23-CV-11718

vs.

BILL BACHENBERG ET AL.,

    Defendants.
_____/

**John C. Burns**
Burns Law Firm
PO Box 191250
Saint Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email: TBLF@pm.me

**Todd A. Stuart**
Stuart Law, PLC
429 Turner Ave. NW
Grand Rapids, MI 49504
Office: 616-284-1658
Email: tstuart@stuartlawplc.com

**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501
616-261-5800
Email:  tsiver@siverlaw.com

**Michael J. Smith**
Michael J Smith Assoc
12900 Hall Road
Suite 300
Sterling Heights, MI 48313
(586) 254-0200
Fax: (586) 254-0201
Email: msmith@mikesmithlaw.com

ORDER OF DISMISSAL WITH PREJUDICE

This Court finds that Defendant Bill Bachenberg has satisfied the $500,00.00 demand, and this case is now closed and dismissed with prejudice.

Honorable Robert White

June 11, 2025

Approved:

_____                _____
John C. Smith                                 Thomas D. Siver
Plaintiff                                     Defendant

---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Wed, Jun 11, 2025 at 6:51 PM
Subject: Fw: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>

Hi Tom:

My client accepts your client's offer to resolve the dispute.

I will get you my trust account information either later this evening or first thing in the morning, for the funds transfer.

Thank you,
John


On Wed, Jun 11, 2025 at 5:43 PM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

> Good Day!
>
> Please find attached the proposed order I would like you to review, and we can file.
>
> Please provide your wire information so I can have the demand funds immediately transferred.
>
> Very truly yours,
> Tom Siver
> Attorney at Law
> (517)712-2331