# EXHIBIT B

---------- Forwarded message ----------
From: Burns Law Firm <tblf@pm.me>
Date: On Thu, Jun 12, 2025 at 8:43 PM
Subject: Fw: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: 2:23-cv-11718 on behalf of Bill Bachenberg
To: Thomas D. Siver <tsiver@siverlaw.com>
Cc: Todd Stuart <tstuart@stuartlawplc.com>,Michael Smith <msmith@mikesmithlaw.com>,Burns Law Firm <tblf@pm.me>

Hi Tom:

As we just discussed on the phone, I checked the trust account. The transfer was initiated but is being held by the bank. I will call them first thing in the morning to see what the deal is. I suspect that they are placing a brief hold on the funds simply because of the size of the transfer.

Im authorized by my client to file the dismissal as soon as the funds clear.

As I said earlier, I'm sensitive to your client's position. As soon as I get the lay of the land tomorrow w the bank I'll ping you.

Thanks,
John

On Thu, Jun 12, 2025 at 4:12 PM, Thomas D. Siver < tsiver@siverlaw.com> wrote:

> I was informed the wire went successfully around 2:30 3 o'clock my time 130 2 o'clock yours.
> Please confirm please let me know when the order will be uploaded to the court.
> Sent from my iPhone
>
>> On Jun 12, 2025, at 12:28 PM, Burns Law Firm <tblf@pm.me> wrote:
>>
>>
>> Hi Tom:
>>
>> As soon as I have confirmation of the funds transfer I send you the form.
>>
>> Do you anticipate the transfer will occur today?
>>
>> Thank you,
>> John
>>
>>
>>> On Thu, Jun 12, 2025 at 6:05 AM, Thomas D. Siver < tsiver@siverlaw.com> wrote:
>>>
>>>> Need the signed document for filing