# **EXHIBIT C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

YAACOV APELBAUM, a New York resident, and XRVISION, LTD., a New York corporation,

        Plaintiffs,

v.

STEPHANIE LAMBERT, a Michigan resident, and THE LAW OFFICE OF STEPHANIE L LAMBERT, PLLC, A Michigan professional limited liability company, and BILL BACHENBERG, a Pennsylvania resident,

        Defendants.

Case No. 2:23-cv-11718

Hon. Robert J. White

---

| | |
|---|---|
| **BURNS LAW FIRM**<br>John C. Burns<br>Attorneys for Plaintiffs<br>PO Box 191250<br>St. Louis, Missouri 63119<br>(314) 329-5040<br>TBLF@pm.me | **THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC**<br>Michael J. Smith (P36706)<br>Jamal R. Harris (P63835)<br>John H. Mott (P81990)<br>Attorneys for Defendant Bill Bachenberg<br>70 Macomb Place, Suite 200<br>Mt. Clemens, MI 48043<br>(586) 254-0200<br>msmith@mikesmithlaw.com<br>jharris@mikesmithlaw.com<br>jmott@mikesmithlaw.com |
| **STUART LAW PLC**<br>Todd A. Stuart (P70187)<br>Attorneys for Plaintiff<br>2851 Charlevoix Dr SE, STE 207<br>Grand Rapids, MI 49546<br>Mailing: 5557 28th Street SE<br>STE B 328, Grand Rapids, MI 49512<br>(616) 209-9270<br>tstuart@stuartlawplc.com | **SIVER AND ASSOCIATES, PLC**<br>Thomas D. Siver (P69751)<br>Attorneys for Defendant Bill Bachenburg<br>PO Box 3253<br>Grand Rapids, MI 49501<br>(616) 261-5800<br>tsiver@siverlaw.com |

---

## STIPULATED ORDER OF DISMISSAL AS
## TO DEFENDANT BILL BACHENBERG ONLY

In consideration of Defendant Bill Bachenburg's payment of $500,000.00, Plaintiffs Yaacov Apelbaum and XRVision Ltd. and Defendant Bill Bachenburg stipulate to the dismissal of this case, with prejudice, as to Defendant Bill Bachenburg only.

**IT IS ORDERED** this case is dismissed, with prejudice, only as to Defendant Bill Bachenburg. The case against Defendants Stefanie Lambert and The Law Office of Stefanie L. Lambert, PLLC, remains ongoing.

This order does not resolve the last pending claim or close the case.

_____
Honorable Robert J. White

June 13, 2025

Approved:

| | |
|---|---|
|    /s/ Jonathon C. Burns          |    /s/ Thomas D. Siver               |
| Jonathon C. Burns | Thomas D. Siver |
| BURNS LAW FIRM | SIVER AND ASSOCIATES PLC |
| Attorney for Plaintiffs | Attorney for Defendant |