# EXHIBIT D

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal
**4 messages**

---

**Thomas D. Siver** <tsiver@siverlaw.com>  Fri, Jun 13, 2025 at 2:27 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns Michael Smith <msmith@mikesmithlaw.com>

Good day!

Finally this order is the last order and closes the case.  No part of this case is left open as bill is the last active defendant.

The language should be:
This order resolves the last pending claim and closes the case.

You agreed to my language in my order I had sent to you and I sent the funds.  You requested the ability to change only the attorney names and addresses  it he caption. It is my understanding you have defaulted the other parties therefore the case is over with bill resolving your claims against him.

Please make the changes and resubmit to me for approval. Or in the alternative sign my order.

Tom Siver
Sent from my iPhone

> On Jun 13, 2025, at 2:13 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>
> Updated draft
>
>> On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>> Good day!
>>
>> First the 500k needs to reference it is being paid pursuant to the demand.  My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.
>>
>> Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.
>>
>> Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.
>>
>> Tom Siver
>> 616-261-5800
>>
>> Sent from my iPhone
>>
>>> On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>>>
>>> Tom, Mike and Jonathon,
>>>  Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!
>>>
>>> Todd

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.
<2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC
Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
(616) 202-6541
Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

<2025-06-13 - Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.docx>

---

**Thomas D. Siver** <tsiver@siverlaw.com>  Fri, Jun 13, 2025 at 2:36 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ███████████████████, Michael Smith <msmith@mikesmithlaw.com>

Trying to reach out to you guys - someone please call me at 6162615800
Sent from my iPhone

> On Jun 13, 2025, at 2:14 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>
> Sorry, corrected Mr. Bachenberg's name spelling. Thanks!
>
> Todd

[Quoted text hidden]

---

**Thomas D. Siver** <tsiver@siverlaw.com>  Fri, Jun 13, 2025 at 4:29 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ███████████████████ Michael Smith <msmith@mikesmithlaw.com>

Good day!

Struggling to have a conversation with my client.

Is there a time we can have a call Monday.

Very truly tryouts,
Tom Siver

[Quoted text hidden]

---

**Todd Stuart** <tstuart@stuartlawplc.com>  Fri, Jun 13, 2025 at 4:52 PM
To: "Thomas D. Siver" <tsiver@siverlaw.com>
Cc: Jonathon Burns ███████████████████ Michael Smith <msmith@mikesmithlaw.com>

I will make time. Let me know what works for everyone else. Have a great weekend everyone!

[Quoted text hidden]

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal
4 messages

---

**Thomas D. Siver** <tsiver@siverlaw.com>  Mon, Jun 16, 2025 at 4:07 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Michael Smith <msmith@mikesmithlaw.com>

Bill is traveling and I am hoping to be able to get some time with him tomorrow…..thoughts on a time?
Sent from my iPhone

> On Jun 13, 2025, at 4:53 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>
> I will make time. Let me know what works for everyone else. Have a great weekend everyone!
>
> On Fri, Jun 13, 2025 at 4:29 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>> Good day!
>>
>> Struggling to have a conversation with my client.
>>
>> Is there a time we can have a call Monday.
>>
>> Very truly tryouts,
>> Tom Siver
>> Sent from my iPhone
>>
>>> On Jun 13, 2025, at 2:14 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>>>
>>> Sorry, corrected Mr. Bachenberg's name spelling. Thanks!
>>>
>>> Todd
>>>
>>> On Fri, Jun 13, 2025 at 2:12 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:
>>>> Updated draft
>>>>
>>>> On Fri, Jun 13, 2025 at 1:55 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>>>>> Good day!
>>>>>
>>>>> First the 500k needs to reference it is being paid pursuant to the demand.  My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.
>>>>>
>>>>> Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.
>>>>>
>>>>> Therefore please immediately make the changes and forward for approval.  Finally, judge requires this order in word not pdf.
>>>>>
>>>>> Tom Siver
>>>>> 616-261-5800
>>>>>
>>>>> Sent from my iPhone

> On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>
> Tom, Mike and Jonathon,
> Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!
>
> Todd
>
> --
>
> 
>
> **Todd A Stuart**
> Founder and Managing Member
> Stuart Law, PLC
> Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546
> Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512
> (616) 202-6541
> Stuart Law PLC
>
> 
>
> Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.
>
> IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
> .
> <2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf>

--

**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC



Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

--



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC

Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.