UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

                Plaintiff(s),

v.                                      Case No. 2:23–cv–11718–RJW–APP
                                         Hon. Robert J. White

Stephanie Lynn Lambert, et al.,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Robert J. White as follows:

- STATUS CONFERENCE:  June 23, 2025 at 03:00 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: <u>s/Tara L Villereal</u>
                                                                  Case Manager

Dated:  June 23, 2025