UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

                Plaintiff(s),

v.                                          Case No. 2:23−cv−11718−RJW−APP
                                                    Hon. Robert J. White

Stephanie Lynn Lambert, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Robert J. White at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 111. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #52
        Motion – #54

- MOTION HEARING:  July 14, 2025 at 01:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Tara L Villereal
                                                   Case Manager

Dated:  June 23, 2025