UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YAACOV APELBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE LYNN LAMBERT, et al., <br><br> Defendants. | Case No. 23-cv-11718 <br><br> Honorable Robert J. White |

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**

Pursuant to the parties' stipulation, and the Court being fully advised;

IT IS HEREBY ORDERED that DAVID L. PERRY II of the TICKTIN LAW GROUP shall be substituted in the place and stead of THE LAW FIRM OF MICHAEL J. SMITH AND ASSOCIATES, PLLC as counsel for Defendant, BILL BACHENBERG ONLY.

SO ORDERED.

Dated: June 30, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ David L. Perry II
David L. Perry II, Esquire
Fla Bar No. 1045902
**The Ticktin Law Group**
*Attorney for the Defendants*
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(561) 232-2222

/s/ Todd A. Stuart (w/ consent)

Todd A. Stuart (P70187)
Attorney for Plaintiffs

2851 Charlevoix Dr. SE
Suite 207
Grand Rapids, MI 49546
(616) 209-9270


Date: June 23, 2025

/S/ Michael J. Smith
Michael J. Smith (P36806)
Jamal R. Harris (P63835)
John H. Mott (P81990)
*Attorneys for Defendant BILL BACHENBERG ONLY*
70 Macomb Place, Suite 200
Mt. Clemens, MI 48043
(586) 254-0200