# EXHIBIT 2

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

YAACOV APELBAUM, a New York resident,
and XRVISION, LTD., a New York corporation,

        Plaintiffs,

                      HON. ROBERT WHITE
                      Case No. 23-CV-11718

vs.

BILL BACHENBERG ET AL.,

        Defendants.
_____/

**John C. Burns**
Burns Law Firm
PO Box 191250
Saint Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email: TBLF@pm.me

**Todd A. Stuart**
Stuart Law, PLC
429 Turner Ave. NW
Grand Rapids, MI 49504
Office: 616-284-1658
Email: tstuart@stuartlawplc.com

**Thomas D. Siver**
Siver & Associates, PLLC
PO Box 3253
Grand Rapids, MI 49501
616-261-5800
Email:  tsiver@siverlaw.com

**Michael J. Smith**
Michael J Smith Assoc
12900 Hall Road
Suite 300
Sterling Heights, MI 48313
(586) 254-0200
Fax: (586) 254-0201
Email: msmith@mikesmithlaw.com

ORDER OF DISMISSAL WITH PREJUDICE

This Court finds that Defendant Bill Bachenberg has satisfied the $500,00.00 demand, and this case is now closed and dismissed with prejudice.

Honorable Robert White

June 11, 2025

Approved:

_____        _____
John C. Smith                         Thomas D. Siver
Plaintiff                             Defendant