# EXHIBIT 3

## Bachenberg Dimissal

**Todd Stuart** <tstuart@stuartlawplc.com>  Fri, Jun 13, 2025 at 1:46 PM
To: Tom Siver <TSiver@siverlaw.com>, Jonathon Burns ███████████████, Michael Smith <msmith@mikesmithlaw.com>

Tom, Mike and Jonathon,
 Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!

Todd

--



**Todd A Stuart**

Founder and Managing Member

Stuart Law, PLC

Appointments: 2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546

Mailings: 5557 28th Street SE, STE B 328, Grand Rapids, MI 49512

(616) 202-6541

Stuart Law PLC

   

Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system.  Your assistance in correcting this error is appreciated.

IRS Required Notice: To ensure compliance with IRS regulations, we inform you that any tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
.

📄 **2025-06-13 _c__Apelbaum v Lambert - Stipulated Dismissal of Bachenburg.pdf**
131K

## Siver & Associates, PLLC: Re: Bachenberg Dimissal

**3 messages**

---

**Thomas D. Siver** <tsiver@siverlaw.com>  Fri, Jun 13, 2025 at 1:55 PM
To: Todd Stuart <tstuart@stuartlawplc.com>
Cc: Jonathon Burns ███████████████████████, Michael Smith <msmith@mikesmithlaw.com>

Good day!

First the 500k needs to reference it is being paid pursuant to the demand. My initial proposed order was sufficient and John agreed to it with only attorney names and addresses being changed.

Second this order is only for bill and he doesn't speak for attorney lambert and doesn't need to make reference to her case.

Therefore please immediately make the changes and forward for approval. Finally, judge requires this order in word not pdf.

Tom Siver
616-261-5800


Sent from my iPhone

> On Jun 13, 2025, at 1:47 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>
> Tom, Mike and Jonathon,
>  Here is what we have for the cleaned up draft. Can I confirm everyone is in agreement and we will get this filed ASAP? Thanks!
>
> Todd
>
> --



**Todd A Stuart**
Founder and Managing Member
Stuart Law, PLC

Appointments: [2851 Charlevoix Dr SE #207, Grand Rapids, MI 49546](#)

Mailings: [5557 28th Street SE, STE B 328, Grand Rapids, MI 49512](#)

[(616) 202-6541](#)

[Stuart Law PLC](#)



Notice of Confidentiality: This message, including any attachments, is confidential and may be privileged. If you have received it by mistake, please notify the sender by return email or by telephone at (616) 202-6541, and delete this message from your system. Your assistance in correcting this error is appreciated.