# EXHIBIT 4

## Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Siver & Associates, PLLC: Re: Bachenberg Dimissal

1 message

---

**Thomas D. Siver** <tsiver@siverlaw.com>     Tue, Jun 17, 2025 at 4:51 PM
To: Jonathon Burns
Cc: Todd Stuart <tstuart@stuartlawplc.com>, Michael Smith <msmith@mikesmithlaw.com>, Jonathon Burns

Still attempting to get time with Bill - hopefully I can connect with him soon (tonight). I will be in touch hopefully tomorrow.

Tom Siver
616-261-5800
Sent from my iPhone

> On Jun 17, 2025, at 1:11 PM, Jonathon Burns wrote:
>
> Hi Tom:
>
> Just checking in - we doing a call this afternoon?
>
> Thanks,
> John
>
> On Mon, Jun 16, 2025 at 4:51 PM Todd Stuart <tstuart@stuartlawplc.com> wrote:
>> Hey Tom,
>>   I have a hearing up north that will be all consuming tomorrow. Jon has a court of appeals hearing, so I am not sure on his availability. Thanks!
>>
>> Todd
>>
>> On Mon, Jun 16, 2025 at 4:07 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>>> Bill is traveling and I am hoping to be able to get some time with him tomorrow…..thoughts on a time?
>>> Sent from my iPhone
>>>
>>>> On Jun 13, 2025, at 4:53 PM, Todd Stuart <tstuart@stuartlawplc.com> wrote:
>>>>
>>>> I will make time. Let me know what works for everyone else. Have a great weekend everyone!
>>>>
>>>> On Fri, Jun 13, 2025 at 4:29 PM Thomas D. Siver <tsiver@siverlaw.com> wrote:
>>>>> Good day!
>>>>>
>>>>> Struggling to have a conversation with my client.
>>>>>
>>>>> Is there a time we can have a call Monday.
>>>>>
>>>>> Very truly tryouts,
>>>>> Tom Siver
>>>>> Sent from my iPhone