IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CASE NO.   2:23-cv-11718-RJW-APP

YAACOV APELBAUM,
and XRVISION, LTD.,

      Plaintiffs,

v.

STEFANIE LAMBERT, THE
LAW OFFICE OF STEFANIE
L. LAMBERT, PLLC, and
BILL BACHENBERG,

      Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stefanie Lambert of THE LAW OFFICE OF STEFANIE L. LAMBERT, PLLC hereby enters her appearance for the Defendants, Stefanie L. Lambert, The Law Office of Stefanie L. Lambert, and Bill Bachenberg in the above-captioned matter.

      Respectfully submitted,

      /s/Stefanie Lambert
      Stefanie Lambert Junttila
      400 Renaissance Drive, 26th Floor
      Detroit, MI 48243
      (313) 410-6872
      StefanieLambert.com
      AttorneyLambert@protonmail.com

Date: July 14, 2025

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 14, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/Stefanie Lambert
Stefanie Lambert Junttila
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
(313) 410-6872
StefanieLambert.com
AttorneyLambert@protonmail.com

Date: July 14, 2025