UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YAACOV APELBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE LYNN LAMBERT, et al., <br><br> Defendants. | Case No. 23-cv-11718 <br><br> Honorable Robert J. White |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS BILL BACHENBERG WITH PREJUDICE AND DENYING DEFENDANTS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

Yaacov Apelbaum and his cyber security firm, XRVision, Ltd., commenced this diversity breach of contract and libel action against Stephanie Lynn Lambert, her law office, and Bill Bachenberg after Apelbaum refused to opine that election equipment in Pennsylvania had been hacked or tampered with during the 2020 general election.

Before the Court is plaintiffs' motion to dismiss Bachenberg from this lawsuit with prejudice according to the parties' settlement agreement. (ECF No. 52). Defendants responded in opposition. (ECF No. 62). Plaintiffs filed a reply. (ECF No. 64). Also before the Court is defendants' motion to enforce the settlement

agreement so as to dispose of the claims asserted against not only Bachenberg, but those asserted against Lambert and her law office as well. (ECF No. 54).  Plaintiffs responded in opposition. (ECF No. 63).  Defendants filed a reply. (ECF No. 65).  The Court held a hearing on the motions on July 14, 2025.  For the reasons stated on the record, it is hereby,

ORDERED that plaintiffs' motion to dismiss Bachenberg from this lawsuit with prejudice according to the parties' settlement agreement (ECF No. 52) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to terminate Bachenberg from the docket as a party to this action.

IT IS FURTHER ORDERED that defendants' motion to enforce the settlement agreement so as to dispose of the claims asserted against not only Bachenberg, but those asserted against Lambert and her law office as well (ECF No. 54) is denied.

3

      IT IS FURTHER ORDERED that plaintiffs' counsel is directed to retain the settlement funds in their IOLTA account pending the Court's decision on the Lambert defendants' impending motion regarding the disposition of those funds.

Dated: July 15, 2025                      <u>s/ Robert J. White</u>
                                                     Robert J. White
                                                     United States District Judge