UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YAACOV APELBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE LYNN LAMBERT, et al., <br><br> Defendants. | Case No. 23-cv-11718 <br><br> Honorable Robert J. White |

**ORDER DENYING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE AS MOOT**

Yaacov Apelbaum and his cyber security firm, XRVision, Ltd., commenced this diversity breach of contract and libel action against Stephanie Lynn Lambert, her law office, and Bill Bachenberg after Apelbaum refused to opine that election equipment in Pennsylvania had been hacked or tampered with during the 2020 general election.

Before the Court is plaintiffs' motion for alternative service on the Lambert Defendants. (ECF No. 50). Because the Lambert Defendants acknowledged service of process at the July 14, 2025 hearing, it is hereby,

ORDERED that plaintiffs' motion for alternative service on the Lambert Defendants. (ECF No. 50) is denied as moot.


Dated: July 15, 2025                             s/ Robert J. White
                                                 Robert J. White
                                                 United States District Judge