# EXHIBIT 4



 **THE GUARDIAN BUILDING**

# 23RD FLOOR

| | |
|---|---|
| 2300 | Nathan & Kamionski LLP |
| 2310 | DEGC |
| 2320 | Law Offices of David S. Steingold, P.L.L.C. |
| 2340 | Attorney Sanford A. Schulman and Federal Criminal Attorneys of Michigan |