UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

Plaintiff(s),

v.                                              Case No. 2:23–cv–11718–RJW–APP
                                                Hon. Robert J. White

Stephanie Lynn Lambert, et al.,

Defendant(s),

_____

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Robert J. White at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 111, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  November 13, 2025 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Tara L Villereal_____
Case Manager

Dated:  November 5, 2025