| Last Name | First Name | Role | Counsel Name |
|---|---|---|---|
| Alexander | Ali | Prominent "Stop the Steal" organizer. | |
| Argall | David | Senator | Christoher Carsone |
| Asher | Robert | | |
| Bachenberg | Bill | | Chris Brown Stefanie Lambert Junttila |
| Bankston | Mark | Re: Alex Jones cellphone | |
| Cipollone | Patrick | White House Counsel | |
| Clark | Jefferey | | Charles Burnham |
| DeMarco | Sam | | David Berardinelli |
| DiSanto | John | Senator | Erik Anderson |

*INTERNAL DISSEMINATION* (watermark)