

EASTERN DISTRICT OF MICHIGAN

# United States District Court

Honorable Stephen J. Murphy, III, Chief Judge
Kinikia D. Essix, District Court Executive/Clerk of Court

| Home | About the Court | Judges | Information for Jurors | Attorneys | E-filing | Representing Yourself | Clerk's Office | Forms |

## Online Services

- Pro Se Document Upload
- eJuror
- eVoucher
- Case Locator (PACER)
- E-Filing (CM/ECF)
- Criminal Debt
- Contact Us

## Judge Robert J. White

Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 107
Detroit, MI 48226

Courtroom: 111
Chambers Telephone: (313) 234-5180
Chambers Fax: (313) 234-5189

Case Manager: Tara Villereal (313) 234-5181 Tara_Villereal@mied.uscourts.gov

*The Court strongly prefers email communication with the case manager, Tara Villereal. Opposing counsel should be copied on any correspondence to the Court.

Court Reporter: Darlene May (313) 234-2605

### Practice Guidelines

### Biography

Judge Robert J. White was nominated to the United States District Court by President Joseph R. Biden Jr. on February 1, 2024, and confirmed by the United States Senate on April 9, 2024. He graduated from the University of Michigan, Ann Arbor, and the Chicago-Kent College of Law.

Upon graduation, Judge White worked in a law firm focused on federal and state criminal defense and appeared in federal jurisdictions throughout the country. His practice included both trial and appellate work, as well as pro bono and appointed work pursuant to the Criminal Justice Act. Judge White was also certified as a mediator.

Between 2014 and 2024, Judge White served as an Assistant Untied States Attorney with the United States Department of Justice. Between 2014 and 2018, Judge White served in the Western District of Texas as part of an Organized Crime Task Force. Between 2018 and 2024, Judge White served in the Eastern District of Michigan, where he prosecuted cases involving drug trafficking, violent crime, white collar crime, and computer crimes.

## Judges

- Seminar Disclosure
- Judicial Misconduct or Disability
- Chief Judge Stephen J. Murphy, III
- Judge F. Kay Behm
- Judge Terrence G. Berg
- Judge Paul D. Borman
- Judge Robert H. Cleland
- Judge Susan K. DeClercq
- Judge Gershwin A. Drain
- Judge Nancy G. Edmunds
- Judge Bernard A. Friedman
- Judge Mark A. Goldsmith
- Judge Jonathan J.C. Grey
- Judge Denise Page Hood
- Judge Shalina D. Kumar
- Judge David M. Lawson
- Judge Matthew F. Leitman
- Judge Judith E. Levy
- Judge Thomas L. Ludington
- Judge Brandy R. McMillion
- Judge Laurie J. Michelson
- Judge Linda V. Parker
- Judge George Caram Steeh
- Judge Robert J. White
- Chief Magistrate Judge David R. Grand
- Magistrate Judge Kimberly G. Altman
- Magistrate Judge Curtis Ivy, Jr.
- Magistrate Judge Patricia T. Morris
- Magistrate Judge Anthony P. Patti
- Magistrate Judge Elizabeth A. Stafford

