UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 18, 2025
KELLY L. STEPHENS, Clerk

No. 25-1717

YAACOV APELBAUM; XRVISION, LTD.,

    Plaintiffs-Appellees,

v.

STEPHANIE LYNN LAMBERT,

    Defendant,

and

BILL BACHENBERG,

    Defendant-Appellant.

    Before: BOGGS, SILER, and KETHLEDGE, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

        **ENTERED BY ORDER OF THE COURT**

        Kelly L. Stephens, Clerk