UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yaacov Apelbaum, et al.,

Plaintiff(s),

v.

Case No. 2:23−cv−11718−RJW−APP
Hon. Robert J. White

Stephanie Lynn Lambert, et al.,

Defendant(s),

**ORDER REQUIRING RESPONSE**

The following document has been filed:

IT IS HEREBY ORDERED that All Pending Defendants shall file a response to the above document on or before October 15, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

s/Robert J. White
Robert J. White
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Tara L Villereal
Case Manager

Dated: October 7, 2026